IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | Case No. 17-23687 CMB |
| ) | Chapter 13 |
| KEVIN P. KOWALCZYK ) | Docket No. 48 |
| DEBRA L. KOWALCZYK, ) | |
| *Debtors* ) | |
| ) | |
| KEVIN P. KOWALCZYK ) | |
| DEBRA L. KOWALCZYK, ) | |
| *Movants* ) | |
| ) | |
| vs. ) | |
| ) | |
| RONDA J. WINNECOUR, ESQ., TRUSTEE ) | |
| *Respondents* ) | |

**CONSENT ORDER OF COURT**

AND NOW, to wit, this \_\_\_22nd\_\_\_ day of \_\_\_October\_\_\_, 2018, it is hereby ORDERED, ADJUDGED, and DECREED, that:

1. The Debtors are approved to obtain a loan for no more than $25,000.00, with a monthly payment of no more than $450.00 and an interest rate of no more than 21% to be used to purchase a new or used motor vehicle;

2. The Debtors' current vehicle, a 2006 Chevrolet Aveo is no longer operational. The Debtors are permitted to sell the vehicle for scrap for a value not to exceed $1,000.00;

3. The vehicle must be purchased within 60 days of the date of this order;

4. The Debtors will file a report of financing within 10 days of purchase of the vehicle.

5. The Debtors shall file an amended Chapter 13 Plan, which includes the new vehicle loan, within 10 days after the vehicle has been purchased.

~~FURTHER ORDERED:~~

_____
Honorable Carlota M. Bohm
U.S. Bankruptcy Judge


/s/ Jana Pail                                    /s/ Kenneth Steidl
Jana Pail, Esquire                               Kenneth Steidl, Esquire
Office of the Chapter 13 Trustee                 Attorney for the Debtor


FILED
10/22/18 4:16 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

```
                             United States Bankruptcy Court
                             Western District of Pennsylvania
```

In re:                                                              Case No. 17-23687-CMB
Kevin P Kowalczyk                                                   Chapter 13
Debra L Kowalczyk
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: dric              Page 1 of 1         Date Rcvd: Oct 22, 2018
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 24, 2018.
db/jdb         +Kevin P Kowalczyk,   Debra L Kowalczyk,   285 Huston Rd.,   Ford City, PA 16226-4411

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 24, 2018                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 22, 2018 at the address(es) listed below:
              Alexandra Teresa Garcia    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW
               YORK, AS TRUSTEE (CWABS 2006-BC3) ecfmail@mwc-law.com,   ecfmail@ecf.courtdrive.com
              James  Warmbrodt    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
               AS TRUSTEE (CWABS 2006-BC3) bkgroup@kmllawgroup.com
              Kenneth  Steidl    on behalf of Joint Debtor Debra L Kowalczyk julie.steidl@steidl-steinberg.com,
               ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@st
               eidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-ste
               inberg.com
              Kenneth  Steidl    on behalf of Debtor Kevin P Kowalczyk julie.steidl@steidl-steinberg.com,
               ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@st
               eidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-ste
               inberg.com
              Kevin Scott Frankel    on behalf of Creditor    Bayview Loan Servicing, LLC, et al pabk@logs.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                             TOTAL: 8