**PAWB FORM 30 (03/12)**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Kevin P. Kowalczyk | ) | Case No. 17-23687 CMB |
| Debra L. Kowalczyk, | ) | Chapter 13 |
| Debtor(s) | ) | |
| | ) | |
| | ) | |
| | ) | |
| Kevin P. Kowalczyk | ) | |
| Debra L. Kowalczyk, | ) | |
| Movant(s) | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | |
| Credit Acceptance Corporation, | ) | |
| Respondent(s) | ) | |

**NOTICE REGARDING MODIFICATION TO MAILING MATRIX**

In accordance with Local Bankruptcy Rule 1007-1(f) I, Kenneth Steidl, counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above-captioned case for notice purposes only.

Credit Acceptance Corporation
PO Box 551888
Detroit, MI 48255-1888

Credit Acceptance Corporation
25505 West Twelve Mile Road
Southfield, MI 48034

                                                      By:

October 29, 2018                            /s/ Kenneth Steidl_____
DATE                                              Kenneth Steidl, Esquire
                                                        Attorney for the Debtor(s)

                                                        STEIDL & STEINBERG
                                                        Suite 2830 – Gulf Tower
                                                        707 Grant Street
                                                        Pittsburgh, PA  15219
                                                        (412) 391-8000
                                                        ken.steidl@steidl-steinberg.com
                                                         PA I.D. No. 34965