**Form 410**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Kevin P Kowalczyk**
**Debra L Kowalczyk**
    Debtor(s)

Bankruptcy Case No.: 17–23687–CMB

Chapter: 13
Docket No.: 67 – 66
Concil. Conf.: February 20, 2020 at 09:00 AM

## ORDER

**WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

**IT IS HEREBY ORDERED** that, on or before **December 30, 2019,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

**OR**

2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

**IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

On or before **January 13, 2020,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

On **February 20, 2020** at **09:00 AM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

If the Parties cannot resolve all disputes at the Conciliation Conference, a hearing will be scheduled and orally announced at the conclusion of the Conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the Conciliation conference to the extent such parties desire more information regarding the outcome of the Conciliation Conference.

This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: November 13, 2019

Carlota M. Bohm
United States Bankruptcy Judge

cm: All Creditors and Parties In Interest

## INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

Ronda J. Winnecour, Trustee
P.O. Box 84051
Chicago, IL 60689–4002

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 17-23687-CMB
Kevin P Kowalczyk                                                       Chapter 13
Debra L Kowalczyk
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2         User: gamr              Page 1 of 3            Date Rcvd: Nov 13, 2019
                             Form ID: 410            Total Noticed: 52

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 15, 2019.
```
db/jdb         +Kevin P Kowalczyk,    Debra L Kowalczyk,    285 Huston Rd.,    Ford City, PA 16226-4411
cr             +Bayview Loan Servicing, LLC, et al,    4425 Ponce De Leon Boulevard,    5th Floor,
                 Coral Gables, FL 33146-1837
cr             +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
                 Pittsburgh, PA 15233-1828
14696812       ++ASCENDIUM EDUCATION SOLUTIONS  INC,    PO BOX 8961,    MADISON WI 53708-8961
               (address filed with court: Navient Solutions, LLC on behalf of USA Funds,
                 Attn: Bankruptcy Litigation Unit E3149,    PO Box 9430,    Wilkes, Barre, PA  18773-9430)
14707889       +Allegheny ENT Associates,    100 Delafield Road,    Suite 207,    Pittsburgh, PA 15215-3247
14707891        Armscare Inc.,   1 Nolte Drive,    Suite 430,    Kittanning, PA 16201-7111
14692549        Armstrong County Memorial Hospital,    1 Nolte Drive,    Kittanning, PA 16201-7111
14707893       +BHS Faster Care PLLC,    PO Box 1549,    Suite 550,    Butler, PA 16003-1549
14707894        CBCS,   PO Box 2724,    Columbus, OH 43216-2724
14939569       ++CREDIT ACCEPTANCE CORPORATION,    25505 WEST 12 MILE ROAD,    SOUTHFIELD MI 48034-8316
               (address filed with court: Credit Acceptance Corporation,    25505 West Twelve Mile Road,
                 Southfield, MI 48034)
14939568        Credit Acceptance Corporation,    PO Box 551888,    Detroit, MI 48255-1888
14692551        Ditech Financial LLC,    PO Box 9058,    Temecula, CA 92589-9058
14707901       +E.R. Doctors at Pointe Coupee,    2202 False River Drive,    New Roads, LA 70760-2614
14692553        ECMC,   PO Box 16408,    Saint Paul, MN 55116-0408
14707903        Emergency Medical Associates PC,    PO Box 200702,    Pittsburgh, PA 15250-0702
14692554       +Family Counseling Center of Armstrong Co,    300 South Jefferson Street,
                 Kittanning, PA 16201-2416
14707906        GS Services Limited Partnership,    3300 Gulfton Street,    Houston, TX 77081
14707905       +General Revenue Corporation,    11501 Northlake Drive,    Cincinnati, OH 45249-1669
14707907       +Hose Company #6,    c/o Collection Service Center,    PO Box 1623,    Butler, PA 16003-1623
14707911        JP Recovery Services Inc.,    2022 Center Ridge,    Suite 370,    Rocky River, OH 44116-3501
14707912        JSO Assoc In Path and Lab,    5700 Southwyck Blvd,    Toledo, OH 43614-1509
14707910        James Nemec, DMD,    c/o Colleection Service Center,    PO Box 1623,    Kittanning, PA 16201
14707913       +Keystone Rehabilitation Systems,    169 Columbia Avenue,    Vandergrift, PA 15690-1101
14707914        Montgomery Lynch & Associates, Inc.,    PO Box 22720,    Beachwood, OH 44122-0720
14707915       +National Recovery Agency,    4201 Crums Mill Road,    Harrisburg, PA 17112-2893
14692558        Navient & USA Funds,    Attn: Bankruptcy Dept.,    PO Box 9430,    Wilkes Barre, PA 18773-9430
14719559       +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 North Lincoln Avenue,
                 Pittsburgh, PA 15233-1828
14707918       +Plains Commerce,    P.O. Box 88020,    Sioux Falls, SD 57109-8020
14707920       +Portfolio Recovery Associates,    c/o Scott Morris, Esquire,
                 Blatt, Hasenmiller, Leibsker & Moore,    1835 MARKET STREET SUITE 501,
                 Philadelphia, PA 19103-2933
14707921        Quad County Oral Surgery,    114 Eat Diamond Street,    Butler, PA 16001
14773127       +The Bank of New York Mellon fka The Bank of New,    4425 Ponce de Leon Boulevard, 5th Floor,
                 Attn: Cashiering Department,    Coral Gables, FL 33146-1837
14707922       +Tri Rivers Surgical Associates,    142 Clearview Circle,    Butler, PA 16001-1565
14766597        UPMC Physician Services,    PO Box 1123,    Minneapolis, MN 55440-1123

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              E-mail/Text: GUARBKe-courtdocs@ascendiumeducation.org Nov 14 2019 04:31:43
                 GLHEC & Affiliates: GLHEGC, NELA, USAF,    PO Box 8961,    Madison, WI  53708
cr             +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Nov 14 2019 04:32:08
                 Americredit Financial Services, Inc. A/C dba GM Fi,    P O BOX 183853,
                 Arlington, TX 76096-3853
14741524        E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Nov 14 2019 04:32:08
                 AmeriCredit Financial Services, Inc.,    A/C dba GM Financial,    P O Box 183853,
                 Arlington, TX 76096
14707890        E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Nov 14 2019 04:32:08
                 Americredit Financial Services,    dba GM Financial,    PO Box 183853,    Arlington, TX 76096
14692550       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 14 2019 04:36:55         Capital One Bank,
                 c/o Portfolio Recovery Associates,    P.O. Box 12914,    Norfolk, VA 23541-0914
14707895        E-mail/Text: documentfiling@lciinc.com Nov 14 2019 04:31:39         Comcast Cable,    PO Box 3002,
                 Southeastern, PA 19398-3002
14707896       +E-mail/Text: ccusa@ccuhome.com Nov 14 2019 04:31:41         Credit Collections USA,
                 256 Greenbag Road, Suite 1,    P.O. Box 873,    Morgantown, WV 26507-0873
14707897        E-mail/Text: mrdiscen@discover.com Nov 14 2019 04:31:46         Discover Financial,
                 P.O. Box 15251,    Wilmington, DE 19886
14707898       +E-mail/Text: Bankruptcy.Consumer@dish.com Nov 14 2019 04:33:14         DISH Network L.L.C.,
                 9601 S Meridian Blvd.,    Englewood, CO 80112-5905
14918277        E-mail/Text: GUARBKe-courtdocs@ascendiumeducation.org Nov 14 2019 04:31:42
                 GLHEC & Aff: GLHEGC, NELA, USAF,    PO Box 8961,    Madison WI 53708-8961
14692555       +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Nov 14 2019 04:32:08
                 GM Financial & Americredit Financial Svc,    PO Box 183853,    Arlington, TX 76096-3853
14692556        E-mail/Text: cio.bncmail@irs.gov Nov 14 2019 04:32:04         Internal Revenue Service,
                 1000 Liberty Avenue, Room 705,    Pittsburgh, PA 15222
```

```
District/off: 0315-2           User: gamr                  Page 2 of 3                  Date Rcvd: Nov 13, 2019
                               Form ID: 410                Total Noticed: 52
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
14707919          E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 14 2019 04:35:49
                   Portfolio Recovery Associates,    P.O. Box 12914,    Norfolk, VA 23541
14766443          E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 14 2019 04:35:46
                   Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
14771439         +E-mail/PDF: resurgentbknotifications@resurgent.com Nov 14 2019 04:35:54
                   PYOD, LLC its successors and assigns as assignee,    of Plains Commerce Bank,
                   Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
14698935         +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 14 2019 04:32:46
                   Pennsylvania Department of Revenue,    Bankruptcy Division PO BOX 280946,
                   Harrisburg, PA 17128-0946
14773138         +E-mail/Text: bkmailbayview@bayviewloanservicing.com Nov 14 2019 04:33:58
                   The Bank of New York Mellon, et al,    c/o Bayview Loan Servicing, LLC,
                   4425 Ponce de Leon Blvd., 5th Floor,    Coral Gables, FL 33146-1837
14804460          E-mail/Text: GUARBKe-courtdocs@ascendiumeducation.org Nov 14 2019 04:31:42
                   United Student Aid Funds, Inc (USAF),    PO Box 8961,    Madison WI 53708-8961
14707923         +E-mail/Text: bnc-bluestem@quantum3group.com Nov 14 2019 04:34:06        WebBank,
                   215 State St Suite 1000,    Salt Lake City, UT 84111-2336
                                                                                                 TOTAL: 19

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO
cr              THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO
14707892*       Armstrong County Memorial Hospital,    1 Nolte Drive,    Kittanning, PA 16201-7111
14692552*       Ditech Financial LLC,    PO Box 9058,    Temecula, CA 92589-9058
14707899*       Ditech Financial LLC,    PO Box 9058,    Temecula, CA 92589-9058
14707900*       Ditech Financial LLC,    PO Box 9058,    Temecula, CA 92589-9058
14707902*       ECMC,   PO Box 16408,    Saint Paul, MN 55116-0408
14707904*      +Family Counseling Center of Armstrong Co,     300 South Jefferson Street,
                 Kittanning, PA 16201-2416
14692557*      ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                (address filed with court:   Internal Revenue Service,    1000 Liberty Avenue, Room 705,
                 Pittsburgh, PA 15222)
14707908*      ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                (address filed with court:   Internal Revenue Service,    1000 Liberty Avenue, Room 705,
                 Pittsburgh, PA 15222)
14707909*      ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                (address filed with court:   Internal Revenue Service,    1000 Liberty Avenue, Room 705,
                 Pittsburgh, PA 15222)
14707916*       Navient & USA Funds,    Attn: Bankruptcy Dept.,    PO Box 9430,    Wilkes Barre, PA 18773-9430
14707917       ##+Penn Credit Corporation,    916 South 14th Street,    Harrisburg, PA 17104-3425
                                                                                       TOTALS: 2, * 10, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 15, 2019                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0315-2               User: gamr                 Page 3 of 3                 Date Rcvd: Nov 13, 2019
                                   Form ID: 410               Total Noticed: 52
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 13, 2019 at the address(es) listed below:
              Alexandra Teresa Garcia    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW
               YORK, AS TRUSTEE (CWABS 2006-BC3) ecfmail@mwc-law.com,    ecfmail@ecf.courtdrive.com
              James   Warmbrodt    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
               AS TRUSTEE (CWABS 2006-BC3) bkgroup@kmllawgroup.com
              Kenneth   Steidl    on behalf of Joint Debtor Debra L Kowalczyk julie.steidl@steidl-steinberg.com,
               ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@st
               eidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-ste
               inberg.com
              Kenneth   Steidl    on behalf of Debtor Kevin P Kowalczyk julie.steidl@steidl-steinberg.com,
               ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@st
               eidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-ste
               inberg.com
              Kevin Scott Frankel    on behalf of Creditor    Bayview Loan Servicing, LLC, et al pabk@logs.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                             TOTAL: 8