UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

*Conciliation Conference:*

    **Debtor:** KEVIN P & DEBRA L KOWALCZYK
    **Case Number:** 17-23687-CMB    **Chapter:** 13
    **Date / Time / Room:** THURSDAY, FEBRUARY 20, 2020 09:00 AM   3251 US STEEL
    **Hearing Officer:** CHAPTER 13 TRUSTEE

*Matter:*

    #66 Trustee's Certificate of Default Requesting Dismissal of Case
    #69 Notarized Affidavit by Debtors
    R / M #: 66 / 0

*Appearances:*

    Debtor: K Steidl
    Trustee: Winnecour / Pail / Katz / **DeSimone**
    Creditor:

*Proceedings:*

    Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. ___✓___ Contested Hearing: _____ at _____.
10. ___✓___ Other:

COD resolved.

**FILED**

FEB 24 2020

CLERK, U.S. BANKRUPTCY COURT
WEST DIST. OF PENNSYLVANIA