UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>KEVIN P KOWALCZYK<br>DEBRA L KOWALCZYK<br>           Debtor(s)<br>Ronda J. Winnecour, Trustee<br>           Movant<br>   vs.<br>KEVIN P KOWALCZYK<br>DEBRA L KOWALCZYK<br>           Respondent(s) | Case No. 17-23687CMB<br>Chapter 13<br><br>Related to Document No. 66 |

## ORDER

AND NOW, this 24th day of February, 2020, the Court having considered the Chapter 13 Trustee's certification (or request) for dismissal, and any responses thereto, the following relief (as reflected by the checked boxes below) is **ORDERED, ADJUDGED and DECREED:**

☐    This case is **DISMISSED**, with prejudice. The Debtor(s) is/are ineligible for bankruptcy relief under any chapter for a period of 180 days from the date of this Order.

☐    This case is **DISMISSED**, without prejudice.

If either of the above provisions is checked, indicating that this case is being dismissed, then it is **FURTHER ORDERED** as follows:

A.    Each wage attachment issued in this case is now terminated. So that each employer knows to stop the wage attachment, the Debtor(s) shall immediately serve a copy of this Order on each employer and file a proof of service within 10 days of the date of this Order.

B.    This case is administratively closed. However, Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further Order of Court.

C. The Clerk shall give notice to all creditors of this dismissal.

D. Any motion to reopen must be accompanied by the appropriate reopening fee, equal to the filing fee for the appropriate chapter (less administrative fee), together with the unpaid $_____ portion of the original filing fee.

E. The Debtor remains legally liable for all debts as if the bankruptcy petition had not been filed. This bankruptcy case no longer prevents collection efforts or lawsuits. Creditor collection remedies are reinstated pursuant to 11 U.S.C. Section 349, and creditors are directed to 11 U.S.C. Section 108(c) for time limits on filing a lawsuit to collect. Generally, a creditor's lawsuit must be filed by the later of:

(1) the time deadline provided by state law; or

(2) 30 days after the date of this notice.

☑ This case is not dismissed. The plan term is extended to a total of ___ months; the monthly plan payment amount is changed to $ __2990__ effective __3/20__ .

☐ This case is not dismissed at this time. However, in the event of any future plan default by the Debtor(s), then on the Trustee's certificate of default, this case shall be dismissed ____ with / ____ without prejudice, without further notice or hearing.

☐ Other: _____

Dated: __February 24, 2020__

BY THE COURT:

_Carlota M. Böhm_
United States Bankruptcy Judge

Page 2 of 2

FILED
FEB 24 2020
CLERK, U.S. BANKRUPTCY COURT
WEST DIST. OF PENNSYLVANIA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                          Case No. 17-23687-CMB
Kevin P Kowalczyk                                               Chapter 13
Debra L Kowalczyk
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: mgut              Page 1 of 3          Date Rcvd: Feb 25, 2020
                              Form ID: pdf900         Total Noticed: 53

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 27, 2020.
```
db/jdb         +Kevin P Kowalczyk,    Debra L Kowalczyk,    285 Huston Rd.,    Ford City, PA 16226-4411
cr             +Bayview Loan Servicing, LLC, et al,    4425 Ponce De Leon Boulevard,    5th Floor,
                Coral Gables, FL 33146-1837
cr             +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
                Pittsburgh, PA 15233-1828
14696812       ++ASCENDIUM EDUCATION SOLUTIONS  INC,    PO BOX 8961,    MADISON WI 53708-8961
               (address filed with court:  Navient Solutions, LLC on behalf of USA Funds,
                Attn: Bankruptcy Litigation Unit E3149,    PO Box 9430,    Wilkes, Barre, PA  18773-9430)
14707889       +Allegheny ENT Associates,    100 Delafield Road,    Suite 207,    Pittsburgh, PA 15215-3247
14707891        Armscare Inc.,    1 Nolte Drive,    Suite 430,    Kittanning, PA 16201-7111
14692549        Armstrong County Memorial Hospital,    1 Nolte Drive,    Kittanning, PA 16201-7111
14707893       +BHS Faster Care PLLC,    PO Box 1549,    Suite 550,    Butler, PA 16003-1549
14707894        CBCS,    PO Box 2724,    Columbus, OH 43216-2724
14939569       ++CREDIT ACCEPTANCE CORPORATION,    25505 WEST 12 MILE ROAD,    SOUTHFIELD MI 48034-8316
               (address filed with court:  Credit Acceptance Corporation,    25505 West Twelve Mile Road,
                Southfield, MI 48034)
14939568        Credit Acceptance Corporation,    PO Box 551888,    Detroit, MI 48255-1888
14692551        Ditech Financial LLC,    PO Box 9058,    Temecula, CA 92589-9058
14707901       +E.R. Doctors at Pointe Coupee,    2202 False River Drive,    New Roads, LA 70760-2614
14692553        ECMC,    PO Box 16408,    Saint Paul, MN 55116-0408
14707903        Emergency Medical Associates PC,    PO Box 200702,    Pittsburgh, PA 15250-0702
14692554       +Family Counseling Center of Armstrong Co,    300 South Jefferson Street,
                Kittanning, PA 16201-2416
14707906        GS Services Limited Partnership,    3300 Gulfton Street,    Houston, TX 77081
14707905       +General Revenue Corporation,    11501 Northlake Drive,    Cincinnati, OH 45249-1669
14707907       +Hose Company #6,    c/o Collection Service Center,    PO Box 1623,    Butler, PA 16003-1623
14707911        JP Recovery Services Inc.,    2022 Center Ridge,    Suite 370,    Rocky River, OH 44116-3501
14707912        JSO Assoc In Path and Lab,    5700 Southwyck Blvd,    Toledo, OH 43614-1509
14707910        James Nemec, DMD,   c/o Collecetion Service Center,    PO Box 1623,    Kittanning, PA 16201
14707913       +Keystone Rehabilitation Systems,    169 Columbia Avenue,    Vandergrift, PA 15690-1101
14707914        Montgomery Lynch & Associates, Inc.,    PO Box 22720,    Beachwood, OH 44122-0720
14707915       +National Recovery Agency,    4201 Crums Mill Road,    Harrisburg, PA 17112-2893
14692558        Navient & USA Funds,    Attn: Bankruptcy Dept.,    PO Box 9430,    Wilkes Barre, PA 18773-9430
14719559       +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 North Lincoln Avenue,
                Pittsburgh, PA 15233-1828
14707918       +Plains Commerce,    P.O. Box 88020,    Sioux Falls, SD 57109-8020
14707920       +Portfolio Recovery Associates,    c/o Scott Morris, Esquire,
                Blatt, Hasenmiller, Leibsker & Moore,    1835 MARKET STREET SUITE 501,
                Philadelphia, PA 19103-2933
14707921        Quad County Oral Surgery,    114 Eat Diamond Street,    Butler, PA 16001
15199591        THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO,    P.O. Box 10826,
                Greenville, SC  29603-0826
14773127       +The Bank of New York Mellon fka The Bank of New,    4425 Ponce de Leon Boulevard, 5th Floor,
                Attn: Cashiering Department,    Coral Gables, FL 33146-1837
14707922       +Tri Rivers Surgical Associates,    142 Clearview Circle,    Butler, PA 16001-1565
14766597        UPMC Physician Services,    PO Box 1123,    Minneapolis, MN 55440-1123
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr              E-mail/Text: GUARBKe-courtdocs@ascendiumeducation.org Feb 26 2020 03:07:05
                 GLHEC & Affiliates: GLHEGC, NELA, USAF,    PO Box 8961,    Madison, WI  53708
cr             +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Feb 26 2020 03:07:13
                 Americredit Financial Services, Inc. A/C dba GM Fi,    P O BOX 183853,
                 Arlington, TX 76096-3853
14741524        E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Feb 26 2020 03:07:13
                 AmeriCredit Financial Services, Inc.,   A/C dba GM Financial,    P O Box 183853,
                 Arlington, TX 76096
14707890        E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Feb 26 2020 03:07:13
                 Americredit Financial Services,    dba GM Financial,    PO Box 183853,    Arlington, TX 76096
14692550       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 26 2020 03:23:41    Capital One Bank,
                 c/o Portfolio Recovery Associates,    P.O. Box 12914,    Norfolk, VA 23541-0914
14707895        E-mail/Text: documentfiling@lciinc.com Feb 26 2020 03:07:03     Comcast Cable,    PO Box 3002,
                 Southeastern, PA 19398-3002
14707896       +E-mail/Text: ccusa@ccuhome.com Feb 26 2020 03:07:04     Credit Collections USA,
                 256 Greenbag Road, Suite 1,    P.O. Box 873,    Morgantown, WV 26507-0873
14707897        E-mail/Text: mrdiscen@discover.com Feb 26 2020 03:07:07     Discover Financial,
                 P.O. Box 15251,    Wilmington, DE 19886
14707898       +E-mail/Text: Bankruptcy.Consumer@dish.com Feb 26 2020 03:07:33     DISH Network L.L.C.,
                 9601 S Meridian Blvd.,    Englewood, CO 80112-5905
14918277        E-mail/Text: GUARBKe-courtdocs@ascendiumeducation.org Feb 26 2020 03:07:05
                 GLHEC & Aff: GLHEGC, NELA, USAF,    PO Box 8961,    Madison WI 53708-8961
14692555       +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Feb 26 2020 03:07:13
                 GM Financial & Americredit Financial Svc,    PO Box 183853,    Arlington, TX 76096-3853
```

```
District/off: 0315-2           User: mgut                  Page 2 of 3                  Date Rcvd: Feb 25, 2020
                               Form ID: pdf900             Total Noticed: 53


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
14692556       E-mail/Text: sbse.cio.bnc.mail@irs.gov Feb 26 2020 03:07:11     Internal Revenue Service,
                1000 Liberty Avenue, Room 705,   Pittsburgh, PA 15222
14707919       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 26 2020 03:20:36
                Portfolio Recovery Associates,   P.O. Box 12914,   Norfolk, VA 23541
14766443       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 26 2020 03:21:56
                Portfolio Recovery Associates, LLC,   POB 41067,   Norfolk VA 23541
14771439      +E-mail/PDF: resurgentbknotifications@resurgent.com Feb 26 2020 03:22:14
                PYOD, LLC its successors and assigns as assignee,   of Plains Commerce Bank,
                Resurgent Capital Services,   PO Box 19008,   Greenville, SC 29602-9008
14698935      +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 26 2020 03:07:23
                Pennsylvania Department of Revenue,   Bankruptcy Division PO BOX 280946,
                Harrisburg, PA 17128-0946
14773138      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Feb 26 2020 03:07:49
                The Bank of New York Mellon, et al,   c/o Bayview Loan Servicing, LLC,
                4425 Ponce de Leon Blvd., 5th Floor,   Coral Gables, FL 33146-1837
14804460       E-mail/Text: GUARBKe-courtdocs@ascendiumeducation.org Feb 26 2020 03:07:05
                United Student Aid Funds, Inc (USAF),   PO Box 8961,   Madison WI 53708-8961
14707923      +E-mail/Text: bnc-bluestem@quantum3group.com Feb 26 2020 03:07:52     WebBank,
                215 State St Suite 1000,   Salt Lake City, UT 84111-2336
                                                                                              TOTAL: 19

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO
cr             THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO
cr*            THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO,   P.O. Box 10826,
                Greenville, SC  29603-0826
14707892*      Armstrong County Memorial Hospital,   1 Nolte Drive,   Kittanning, PA 16201-7111
14692552*      Ditech Financial LLC,   PO Box 9058,   Temecula, CA 92589-9058
14707899*      Ditech Financial LLC,   PO Box 9058,   Temecula, CA 92589-9058
14707900*      Ditech Financial LLC,   PO Box 9058,   Temecula, CA 92589-9058
14707902*      ECMC,   PO Box 16408,   Saint Paul, MN 55116-0408
14707904*     +Family Counseling Center of Armstrong Co,   300 South Jefferson Street,
                Kittanning, PA 16201-2416
14692557*     ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
                PHILADELPHIA PA 19101-7346
               (address filed with court:   Internal Revenue Service,   1000 Liberty Avenue, Room 705,
                Pittsburgh, PA 15222)
14707908*     ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
                PHILADELPHIA PA 19101-7346
               (address filed with court:   Internal Revenue Service,   1000 Liberty Avenue, Room 705,
                Pittsburgh, PA 15222)
14707909*     ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
                PHILADELPHIA PA 19101-7346
               (address filed with court:   Internal Revenue Service,   1000 Liberty Avenue, Room 705,
                Pittsburgh, PA 15222)
14707916*      Navient & USA Funds,   Attn: Bankruptcy Dept.,   PO Box 9430,   Wilkes Barre, PA 18773-9430
15199592*      THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO,   P.O. Box 10826,
                Greenville, SC  29603-0826
14707917     ##+Penn Credit Corporation,   916 South 14th Street,   Harrisburg, PA 17104-3425
                                                                                  TOTALS: 2, * 12, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 27, 2020                                          Signature:  /s/Joseph Speetjens

```
District/off: 0315-2           User: mgut                  Page 3 of 3                   Date Rcvd: Feb 25, 2020
                               Form ID: pdf900             Total Noticed: 53
```

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 25, 2020 at the address(es) listed below:

```
            Alexandra Teresa Garcia    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW
             YORK, AS TRUSTEE (CWABS 2006-BC3) ecfmail@mwc-law.com,   ecfmail@ecf.courtdrive.com
            James   Warmbrodt    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
             AS TRUSTEE (CWABS 2006-BC3) bkgroup@kmllawgroup.com
            Kenneth   Steidl    on behalf of Joint Debtor Debra L Kowalczyk julie.steidl@steidl-steinberg.com,
             ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@st
             eidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-ste
             inberg.com
            Kenneth   Steidl    on behalf of Debtor Kevin P Kowalczyk julie.steidl@steidl-steinberg.com,
             ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@st
             eidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-ste
             inberg.com
            Kevin Scott Frankel    on behalf of Creditor    Bayview Loan Servicing, LLC, et al pabk@logs.com
            Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
            Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
            S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
             srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                             TOTAL: 8
```