IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

| | |
|---|---|
| In Re: | ) Bankruptcy Case No. 17-23687-CMB |
| | ) |
| Kevin P Kowalczyk, | ) Chapter 13 |
| Debra L Kowalczyk, | |
| | ) |
| Debtors | ) Judge: Carlota M. Bohm |
| | ) |

## WITHDRAWAL OF NOTICE OF PAYMENT CHANGE

COMES NOW The Bank of New York Mellon FKA The Bank of New York, As Trustee for the Certificateholders of the CWABS Inc., Asset-Backed Certificates, Series 2006-BC3 by and through its attorney, McCalla Raymer Leibert Pierce, LLC, and respectfully moves this Court to allow it to withdraw the Notice of Payment Change filed on July 30, 2020 as this was filed in error.

Notice of Payment Change Filed Date: July 30, 2020
Notice of Payment Change claim Number:  11

FILED
6/9/2021 11:48 AM
CLERK
U.S. BANKRUPTCY
COURT - WDPA

/s/Melissa  Licker
Melissa  Licker

McCalla Raymer Leibert Pierce, LLC
1544 Old Alabama Road
Roswell, GA 30076
Phone: 732-902-5384
Fax: Melissa
Melissa.Licker@mccalla.com

| | |
|---|---|
| In Re: | Bankruptcy Case No.:   17-23687-CMB |
|    Kevin P Kowalczyk | Chapter:   13 |
|    Debra L Kowalczyk | Judge:   Carlota M. Bohm |

CERTIFICATE OF SERVICE

I, Melissa Licker, of McCalla Raymer Leibert Pierce, LLC, 1544 Old Alabama Road, Roswell, GA 30076, certify:

That I am, and at all times hereinafter mentioned, was more than 18 years of age;

That on the date below, I served a copy of the within WITHDRAWAL OF NOTICE OF PAYMENT CHANGE filed in this bankruptcy matter on the following parties at the addresses shown, by regular United States Mail, with proper postage affixed, unless another manner of service is expressly indicated:

Kevin P Kowalczyk
285 Huston Rd.
Ford City, PA 16226

Debra L Kowalczyk
285 Huston Rd.
Ford City, PA 16226

| | |
|---|---|
| Kenneth Steidl<br>Steidl & Steinberg<br>Suite 2830 Gulf Tower<br>Pittsburgh, PA 15219 | *(served via ECF Notification)* |
| Ronda J. Winnecour, Trustee<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | *(served via ECF Notification)* |
| Office of the United States Trustee<br>Liberty Center<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222 | *(served via ECF Notification)* |

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on: 6/9/2021     By: /s/Melissa Licker
          (date)              Melissa Licker

                              Attorney for The Bank of New York Mellon FKA The Bank of New York, As Trustee for the Certificateholders of the Cwabs Inc., Asset-Backed Certificates, Series 2006-BC3