# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| CASE NAME | KEVIN AND DEBRA KOWALCZYK |
|---|---|
| CASE NO. | 17-23687-CMB |
| RELATED TO DOCUMENT NO. | 81 – WITHDRAWAL OF NOTICE OF PAYMENT CHANGE |

## NOTICE REGARDING
## NONCONFORMING DOCUMENT

The Withdrawal of Notice of Payment Change that you submitted has been accepted for filing. However, this document fails to conform to the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, and/or Local Bankruptcy Rules.

THE DOCUMENT WAS FILED ELECTRONICALLY WITH AN INCORRECT DOCKET EVENT AS A WITHDRAWAL OF THE ENTIRE CLAIM, NOT JUST THE NOTICE OF PAYMENT CHANGE. THE CLAIMS REGISTER HAS BEEN CORRECTED AND THE WITHDRAWAL HAS BEEN REFILED CORRECTLY BY A MEMBER OF THE CLERK'S STAFF.

**IN THE FUTURE, ANY WITHDRAWAL THAT IS NOT A CLAIM WITHDRAWAL SHOULD BE SUBMITTED VIA THE EDSS SYSTEM ON THE COURT'S WEBSITE OR MAILED IN ON PAPER.**

| June 10, 2021 | By: | /s/Melissa Guthrie |
|---|---|---|
| Date | | Deputy Clerk |

#106c-I

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-23687-CMB |
| Kevin P Kowalczyk | Chapter 13 |
| Debra L Kowalczyk | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: mgut | Page 1 of 2 |
| Date Rcvd: Jun 10, 2021 | Form ID: pdf901 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 12, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| + | MELISSA LICKER, C/O MCCALLA RAYMER LEIBERT PIERCE, 1544 OLD ALABAMA ROAD, ROSWELL, GA 30076-2102 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | The Bank of New York Mellon FKA The Bank of New Yo |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 12, 2021           Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 10, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alexandra Teresa Garcia | on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK  AS TRUSTEE (CWABS 2006-BC3) ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| Brian Nicholas | on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK  AS TRUSTEE (CWABS 2006-BC3) bnicholas@kmllawgroup.com |
| Kenneth Steidl | on behalf of Joint Debtor Debra L Kowalczyk julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com |

| District/off: 0315-2 | User: mgut | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jun 10, 2021 | Form ID: pdf901 | Total Noticed: 1 |

Kenneth Steidl
    on behalf of Debtor Kevin P Kowalczyk julie.steidl@steidl-steinberg.com
    ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com

Kevin Scott Frankel
    on behalf of Creditor Bayview Loan Servicing  LLC, et al pabk@logs.com, logsecf@logs.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

TOTAL: 8