IN THE UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | |
| Kevin P. Kowalczyk | ) | Case No. 17-23687 CMB |
| Debra L. Kowalczyk | ) | |
|     Debtor | ) | Chapter 13 |
| | ) | Document No.  91 |
| Steidl and Steinberg, P.C. | ) | |
|     Applicant | ) | |
| | ) | |
|     vs. | ) | |
| | ) | |
| Ronda J. Winnecour, Trustee, | ) | |
|     Respondents | ) | |

**CONSENT ORDER OF COURT**

AND NOW, to-wit this ___26th____ day of ___April_____, 2022, it is hereby ORDERED,

ADJUDGED and DECREED that:

1. Interim Compensation is approved in the additional amount of $4,920.00 for work performed in

   the Chapter 13 case by Debtors' counsel from July 19, 2017, to April 21, 2022, for work totaling

   33.0 hours breaking down as such:

   | | | |
   |---|---|---|
   | a. | Kenneth Steidl, Partner- 18.3 hours @ $350.00/hour = | $ 6,405.00 |
   | b. | Julie Frazee Steidl, Partner- 1.2 hours @ $350.00/hour= | $ 420.00 |
   | c. | Abagale E. Steidl, Associate- 0.7 hours @ $250.00/hour= | $ 175.00 |
   | d. | Paralegal- 12.8 hours @ $150.00/hour= | $ 1,920.00 |

2. The Debtors paid their counsel for administrative costs and expenses totaling $500.00 (which

   included the court filing fee of $310.00) prior to case filing.  Expenses reimbursement of $0.00 is

   being requested here.

3. While the actual time and expenses incurred total fees of $4,920.00 in addition to the $4,000.00

   "no look fee", in light of the debtor's circumstances, the funds paid by the trustee will total

   $4,309.00, which is composed of:

   1. $3,390.00 paid under the initial confirmed plan,

   2. $1,000.00 approved by the confirmed amended plan dated October 29, 2018.

   A retainer of $610.00 was paid directly by the Debtors prior to filing and is not include in the

   calculations shown in part 3.

4.    This Order shall be served on the case mailing matrix with objections to be filed within 14 days.

5.    Any party-in-interest may file a written objection(s) to the entry of this order on or before

   May 10, 2022    . If any objection(s) is filed on or before   May 10, 2022   , a hearing

will be set. If no objection(s) is filed on or before    May 10, 2022    , the order shall

become final effective   May 11, 2022   . Movant shall serve a copy of the within order on

all parties-in-interest and the mailing matrix and file a certificate of service with the Court.


Carlota M. Böhm

Carlota M. Böhm
Chief United States Bankruptcy Court Judge

/s/ Ronda Winnecour
Ronda Winnecour, Trustee
Chapter 13 Trustee

FILED
4/26/22 1:59 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

/s/ Kenneth Steidl
Kenneth Steidl, Esquire
Attorney for the Debtor

United States Bankruptcy Court

Western District of Pennsylvania

In re: 

Kevin P Kowalczyk

Debra L Kowalczyk

    Debtors

Case No. 17-23687-CMB

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2           User: auto          Page 1 of 2

Date Rcvd: Apr 26, 2022       Form ID: pdf900       Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 28, 2022:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db/jdb | + | Kevin P Kowalczyk, Debra L Kowalczyk, 285 Huston Rd., Ford City, PA 16226-4411 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 28, 2022           Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 26, 2022 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Alexandra Teresa Garcia | on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE (CWABS 2006-BC3) ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| Brian Nicholas | on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE (CWABS 2006-BC3) bnicholas@kmllawgroup.com |
| Kenneth Steidl | on behalf of Joint Debtor Debra L Kowalczyk julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;jfriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;jseech@steidl-steinberg.com |
| Kenneth Steidl | on behalf of Debtor Kevin P Kowalczyk julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;jfriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;jseech@steidl-steinberg.com |

District/off: 0315-2                     User: auto                                      Page 2 of 2
Date Rcvd: Apr 26, 2022                  Form ID: pdf900                           Total Noticed: 1

Kevin Scott Frankel
                    on behalf of Creditor Bayview Loan Servicing  LLC, et al pabk@logs.com, logsecf@logs.com

Office of the United States Trustee
                    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
                    cmecf@chapter13trusteewdpa.com

S. James Wallace
                    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com


TOTAL: 8