IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 17-23687 CMB |
| Kevin P. Kowalczyk, ) | Chapter 13 |
| Debra L. Kowalczyk, ) | |
| *Debtors* ) | |
| ) | Related to Docket No. 92 |
| Steidl and Steinberg, P.C., ) | |
| *Applicant* ) | |
| ) | |
| Vs. ) | |
| ) | |
| Ronda Winnecour, Trustee, ) | |
| *Respondents* ) | |

### CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on April 27, 2022, a true and correct copy of the *Consent Order of Court dated April 26, 2022* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

All parties on the attached mailing matrix.

**Served by CM/ECF:** Ronda J. Winnecour, Trustee
**Served by CM/ECF:** Office of the United States Trustee


Date of Service: April 29, 2022         /s/ Kenneth Steidl
                                        Kenneth Steidl, Esquire
                                        Attorney for the Debtor
                                        STEIDL & STEINBERG
                                        2830 Gulf Tower - 707 Grant Street
                                        Pittsburgh, PA 15219
                                        (412) 391-8000 ken.steidl@steidl-steinberg.com
                                        PA I.D. No. 34965

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0315-2<br>Case 17-23687-CMB<br>WESTERN DISTRICT OF PENNSYLVANIA<br>Pittsburgh<br>Fri Apr 29 09:26:34 EDT 2022 | Allegheny ENT Associates<br>100 Delafield Road<br>Suite 207<br>Pittsburgh, PA 15215-3247 | (p)AMERICREDIT FINANCIAL SERVICS DBA GM FINAN<br>PO BOX 183853<br>ARLINGTON TX 76096-3853 |
| Americredit Financial Services, Inc. A/C dba<br>P O BOX 183853<br>Arlington, TX 76096-3853 | Armscare Inc.<br>1 Nolte Drive<br>Suite 430<br>Kittanning, PA 16201-7111 | Armstrong County Memorial Hospital<br>1 Nolte Drive<br>Kittanning, PA 16201-7111 |
| BHS Faster Care PLLC<br>PO Box 1549<br>Suite 550<br>Butler, PA 16003-1549 | Bayview Loan Servicing, LLC, et al<br>4425 Ponce De Leon Boulevard<br>5th Floor<br>Coral Gables, FL 33146-1837 | CBCS<br>PO Box 2724<br>Columbus, OH 43216-2724 |
| Capital One Bank<br>c/o Portfolio Recovery Associates<br>P.O. Box 12914<br>Norfolk, VA 23541-0914 | Comcast Cable<br>PO Box 3002<br>Southeastern, PA 19398-3002 | (p)CREDIT ACCEPTANCE CORPORATION<br>25505 WEST 12 MILE ROAD<br>SOUTHFIELD MI 48034-8316 |
| Credit Acceptance Corporation<br>PO Box 551888<br>Detroit, MI 48255-1888 | Credit Collections USA<br>256 Greenbag Road, Suite 1<br>P.O. Box 873<br>Morgantown, WV 26507-0873 | DISH Network L.L.C.<br>9601 S Meridian Blvd.<br>Englewood, CO 80112-5905 |
| (p)DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 | Ditech Financial LLC<br>PO Box 9058<br>Temecula, CA 92589-9058 | E.R. Doctors at Pointe Coupee<br>2202 False River Drive<br>New Roads, LA 70760-2614 |
| ECMC<br>PO Box 16408<br>Saint Paul, MN 55116-0408 | Emergency Medical Associates PC<br>PO Box 200702<br>Pittsburgh, PA 15250-0702 | Family Counseling Center of Armstrong Co<br>300 South Jefferson Street<br>Kittanning, PA 16201-2416 |
| Kevin Scott Frankel<br>Shapiro & DeNardo, LLC<br>3600 Horizon Drive<br>Suite 150<br>King of Prussia, PA 19406-4702 | GLHEC & Aff: GLHEGC, NELA, USAF<br>PO Box 8961<br>Madison WI 53708-8961 | (p)ASCENDIUM EDUCATION SOLUTIONS INC<br>38 Buttonwood Court<br>MADISON, WI 53718-2156 |
| GM Financial & Americredit Financial Svc<br>PO Box 183853<br>Arlington, TX 76096-3853 | GS Services Limited Partnership<br>3300 Gulfton Street<br>Houston, TX 77081 | Alexandra Teresa Garcia<br>McCabe Weisberg & Conway, P.C.<br>123 South Broad Street<br>Philadelphia, PA 19109-1029 |
| General Revenue Corporation<br>11501 Northlake Drive<br>Cincinnati, OH 45249-1669 | Hose Company #6<br>c/o Collection Service Center<br>PO Box 1623<br>Butler, PA 16003-1623 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |

```
JP Recovery Services Inc.              JSO Assoc In Path and Lab              James Nemec, DMD
2022 Center Ridge                      5700 Southwyck Blvd                    c/o Collecetion Service Center
Suite 370                              Toledo, OH 43614-1509                  PO Box 1623
Rocky River, OH 44116-3501                                                    Kittanning, PA 16201


Keystone Rehabilitation Systems        Debra L Kowalczyk                      Kevin P Kowalczyk
169 Columbia Avenue                    285 Huston Rd.                         285 Huston Rd.
Vandergrift, PA 15690-1101             Ford City, PA 16226-4411               Ford City, PA 16226-4411


Montgomery Lynch & Associates, Inc.    National Recovery Agency               Navient & USA Funds
PO Box 22720                           4201 Crums Mill Road                   Attn: Bankruptcy Dept.
Beachwood, OH 44122-0720               Harrisburg, PA 17112-2893              PO Box 9430
                                                                              Wilkes Barre, PA 18773-9430


(p)ASCENDIUM EDUCATION SOLUTIONS INC   Brian Nicholas                         Office of the United States Trustee
PO BOX 8961                            KML Law Group, P.C.                    Liberty Center.
MADISON WI 53708-8961                  701 Market Street                      1001 Liberty Avenue, Suite 970
                                       Suite 5000                             Pittsburgh, PA 15222-3721
                                       Philadelphia, PA 19106-1541


PYOD, LLC its successors and assigns as assi   Penn Credit Corporation        Pennsylvania Department of Revenue
of Plains Commerce Bank                916 South 14th Street                  Bankruptcy Division
Resurgent Capital Services             Harrisburg, PA 17104-3425              P.O. Box 280946
PO Box 19008                                                                  Harrisburg, PA 17128-0946
Greenville, SC 29602-9008


Pennsylvania Dept. of Revenue          Peoples Natural Gas Company LLC        Peoples Natural Gas Company LLC
Department 280946                      c/o S. James Wallace, P.C.             c/o S. James Wallace, P.C.
P.O. Box 280946                        845 N. Lincoln Ave.                    845 North Lincoln Avenue
ATTN: BANKRUPTCY DIVISION              Pittsburgh, PA 15233-1828              Pittsburgh, PA 15233-1828
Harrisburg, PA 17128-0946


Plains Commerce                        (p)PORTFOLIO RECOVERY ASSOCIATES LLC   Portfolio Recovery Associates
P.O. Box 88020                         PO BOX 41067                           c/o Scott Morris, Esquire
Sioux Falls, SD 57109-8020             NORFOLK VA 23541-1067                  Blatt, Hasenmiller, Leibsker & Moore
                                                                              1835 MARKET STREET SUITE 501
                                                                              Philadelphia, PA 19103-2933


Quad County Oral Surgery               Kenneth Steidl                         THE BANK OF NEW YORK MELLON FKA THE BANK OF
114 Eat Diamond Street                 Steidl & Steinberg                     P.O. Box 10826
Butler, PA 16001                       Suite 2830 Gulf Tower                  Greenville, SC  29603-0826
                                       707 Grant Street
                                       Pittsburgh, PA 15219-1908


The Bank of New York Mellon fka The Bank of   The Bank of New York Mellon, et al   Tri Rivers Surgical Associates
4425 Ponce de Leon Boulevard, 5th Floor       c/o Bayview Loan Servicing, LLC      142 Clearview Circle
Attn: Cashiering Department                   4425 Ponce de Leon Blvd., 5th Floor  Butler, PA 16001-1565
Coral Gables, FL 33146-1837                   Coral Gables, FL 33146-1837


UPMC Physician Services                S. James Wallace                       WebBank
PO Box 1123                            GRB Law                                215 State St Suite 1000
Minneapolis, MN 55440-1123             525 William Penn Place                 Salt Lake City, UT 84111-2336
                                       Suite 3110
                                       Pittsburgh, PA 15219-1753
```

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219-2702

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| AmeriCredit Financial Services, Inc.<br>A/C dba GM Financial<br>P O Box 183853<br>Arlington, TX 76096 | (d)Americredit Financial Services<br>dba GM Financial<br>PO Box 183853<br>Arlington, TX 76096 | Credit Acceptance Corporation<br>25505 West Twelve Mile Road<br>Southfield, MI 48034 |
| Discover Financial<br>P.O. Box 15251<br>Wilmington, DE 19886 | GLHEC & Affiliates: GLHEGC, NELA, USAF<br>PO Box 8961<br>Madison, WI 53708 | Internal Revenue Service<br>1000 Liberty Avenue, Room 705<br>Pittsburgh, PA 15222 |
| Navient Solutions, LLC on behalf of USA Fund<br>Attn: Bankruptcy Litigation Unit E3149<br>PO Box 9430<br>Wilkes, Barre, PA  18773-9430 | Portfolio Recovery Associates<br>P.O. Box 12914<br>Norfolk, VA 23541 | (d)Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk VA 23541 |
| (d)United Student Aid Funds, Inc (USAF)<br>PO Box 8961<br>Madison WI 53708-8961 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Pennsylvania Department of Revenue<br>Bankruptcy Division PO BOX 280946<br>Harrisburg, PA 17128-0946 | (u)THE BANK OF NEW YORK MELLON FKA THE BANK O | (d)THE BANK OF NEW YORK MELLON FKA THE BANK O<br>P.O. Box 10826<br>Greenville, SC 29603-0826 |
| (du)The Bank of New York Mellon FKA The Bank | End of Label Matrix<br>Mailable recipients    60<br>Bypassed recipients     4<br>Total                  64 | |