**ECMC**

P.O. Box 64909, St. Paul, MN 55164-0909   P 651-221-0566   www.ecmc.org

May 4, 2022

Clerk of U.S. Bankruptcy Court
Pennsylvania Western Bankruptcy Court – Pittsburgh
USX Tower
600 Grant Street
Pittsburgh, PA 15219-2702

RE: Debra Kowalczyk
SSN: XXX-XX-2951
BANKRUPTCY CASE#: 17-23687 CMB

Dear Clerk:

Please withdraw claim #6 filed by Educational Credit Management Corporation in the amount of $28,143.23 filed on December 15, 2017. This debt has been approved for disability write off. Thank you for your cooperation in this matter.

If you have any further questions, you may contact me at (888) 363-4563.

Sincerely,


/s/ Qao Xiong
ECMC Bankruptcy Representative
ECMC
P.O. Box 16408
St. Paul, MN 55116-0408