**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

05/04/2022

IN RE:

KEVIN P KOWALCZYK
DEBRA L KOWALCZYK
285 HUSTON RD.
FORD CITY, PA 16226
XXX-XX-9296        Debtor(s)

XXX-XX-2951

Case No.17-23687 CMB

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known .

In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

5/4/2022

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Credit Info |
|---|---|---|
| **PEOPLES NATURAL GAS CO LLC***<br>ATTN BANKRUPTCY DEPARTMENT<br>375 NORTH SHORE DR<br>PITTSBURGH, PA 15212 | Trustee Claim Number:1  INT %: 0.00%<br>Court Claim Number:4<br>CLAIM: 352.66<br>COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8872 |
| **KEVIN S FRANKEL ESQ**<br>SHAPIRO & DENARDO LLC<br>3600 HORIZON DR STE 150<br>KING OF PRUSSIA, PA 19406 | Trustee Claim Number:2  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: BAYVIEW~BANK OF NY MELLON/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **AMERICREDIT FINANCIAL SVCS INC***<br>PO BOX 183853<br>ARLINGTON, TX 76096 | Trustee Claim Number:3  INT %: 6.00%<br>Court Claim Number:5<br>CLAIM: 11,101.45<br>COMMENT: CL$GOVS@6%/CONF@PMT TT | CRED DESC: VEHICLE<br>ACCOUNT NO.: 7369 |
| **BANK OF NEW YORK MELLON - TRUSTEE CWA**<br>C/O NEW REZ LLC D/B/A SHELLPOINT MTG SVC<br>PO BOX 10826<br>GREENVILLE, SC 29603 | Trustee Claim Number:4  INT %: 0.00%<br>Court Claim Number:10<br>CLAIM: 0.00<br>COMMENT: PMT/DECL*DKT4PMT-LMT*BGN 10/17*FR BNY~MELLON/BAYVIEW-DOC 70 | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 9423 |
| **BANK OF NEW YORK MELLON - TRUSTEE CWA**<br>C/O NEW REZ LLC D/B/A SHELLPOINT MTG SVC<br>PO BOX 10826<br>GREENVILLE, SC 29603 | Trustee Claim Number:5  INT %: 12.50%<br>Court Claim Number:11-2<br>CLAIM: 22,974.37<br>COMMENT: $CL-PL@12.5%/PL*2ND*AMD*TTL DEBT CLM*W/39*FR BNY~MELLON/BAYVIEW-DO | CRED DESC: MORTGAGE PAID IN FULL<br>ACCOUNT NO.: 9427 |
| **INTERNAL REVENUE SERVICE***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br>PHILADELPHIA, PA 19101-7317 | Trustee Claim Number:6  INT %: 0.00%<br>Court Claim Number:3<br>CLAIM: 1,563.15<br>COMMENT: $CL-PL*14/SCH | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 9296 |
| **ALLEGHENY EAR, NOSE & THROAT**<br>1501 LOCUST STREET<br>PITTSBURGH, PA 15219 | Trustee Claim Number:7  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8701 |
| **ARMSCARE**<br>R.D. #8, BOX 50<br>KITTANNING, PA 16201 | Trustee Claim Number:8  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1561 |
| **ARMSTRONG COUNTY MEMORIAL HOSPITAL (A**<br>1 NOLTE DR<br>KITTANNING, PA 16201 | Trustee Claim Number:9  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **BHS FASTER CARE**<br>POB 1549<br>BUTLER, PA 16003 | Trustee Claim Number:10  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3020 |

Case 17-23687-CMB    Doc 96    Filed 05/04/22    Entered 05/04/22 13:46:15    Desc
CLAIM RECORDS
Page 4 of 7

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **COMCAST**<br>PO BOX 1931<br><br>BURLINGAME, CA 94011 | Trustee Claim Number:11  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **CREDIT COLLECTIONS USA**<br>16 DISTRIBUTOR DRIVE<br>STE 1<br><br>MORGANTOWN, PA 26501-7209 | Trustee Claim Number:12  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8101 |
| **DISCOVER BANK(*)**<br>C/O DISCOVER PRODUCTS INC<br>PO BOX 3025<br><br>NEW ALBANY, OH 43054-3025 | Trustee Claim Number:13  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **DISH NETWORK**<br>C/O BANKRUPTCY DEPT<br>9601 S MERIDIAN BLVD<br><br>ENGLEWOOD, CO 80112 | Trustee Claim Number:14  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9980 |
| **ER DOCTORS AT POINTE COUPEE**<br>2202 FALSE RIVER DR<br><br>NEW ROADS, LA 70760 | Trustee Claim Number:15  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3763 |
| **ECMC(*)**<br>LOCKBOX #8682<br>PO BOX 16478<br><br>ST PAUL, MN 55116-0478 | Trustee Claim Number:16  INT %: 0.00%<br>Court Claim Number:6<br><br>CLAIM: 28,143.23<br>COMMENT: NT OWED/CRD LTR*NO ACCT/SCH*$28,143.23/CL*DK!! | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2951 |
| **EMERGENCY MEDICINE ASSOC**<br>1 NOLTE DRIVE<br><br>KITTANNING, PA 16201 | Trustee Claim Number:17  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9E4M |
| **FAMILY COUNSELING CENTER OF ARMSTRONG**<br>300 S JEFFERSON ST<br><br>KITTANNING, PA 16201 | Trustee Claim Number:18  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **GENERAL REVENUE CORP**<br>PO BOX 89471<br><br>CLEVELAND, OH 44101-6471 | Trustee Claim Number:19  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1339 |
| **HOSE CO NO. 6 AMBULANCE SVC**<br>POB 451<br><br>KITTANNING, PA 16201 | Trustee Claim Number:20  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |

| Creditor | Trustee/Court Claim | Claim/Comment | Cred Desc/Account |
|---|---|---|---|
| **INTERNAL REVENUE SERVICE*** <br> CENTRALIZED INSOLVENCY-TRUSTEE REMITS <br> PO BOX 7317 <br> PHILADELPHIA, PA 19101-7317 | Trustee Claim Number:21  INT %: 0.00% <br> Court Claim Number:3 <br> CLAIM: 8,392.75 <br> COMMENT: 10,12/SCH | | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 9296 |
| **JAMES NEMEC DMD** <br> 11931 ST RTE 85 STE A <br> KITTANING, PA 16201 | Trustee Claim Number:22  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: NT ADR/SCH | | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: |
| **JSO ASSOCIATION IN PATHOLOGY** <br> 236 O'HARA MANOR DR <br> PITTSBURGH, PA 15238 | Trustee Claim Number:23  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: NT ADR/SCH | | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 7309 |
| **KEYSTONE REHABILATION SYSTEM** <br> POB 3379 <br> MONTGOMERY, AL 36109-3379 | Trustee Claim Number:24  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: NT ADR/SCH | | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: BXKW |
| **MONTGOMERY LYNCH & ASSOCIATES** <br> PO BOX 22720 <br> BEACHWOOD, OH 44122 | Trustee Claim Number:25  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: PENN NEUROMUSCULAR/SCH | | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 2453 |
| **GLHEC & AFFILIATES: GLHEGC NELA USAF** <br> PO BOX 809142 <br> CHICAGO, IL 60680 | Trustee Claim Number:26  INT %: 0.00% <br> Court Claim Number:1-3 <br> CLAIM: 4,279.42 <br> COMMENT: W/41*AMD*FR NAVIENT/USAF-DOC 42,46 | | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 9296 |
| **PENN CREDIT CORP** <br> 2800 COMMERCE DR <br> HARRISBURG, PA 17110 | Trustee Claim Number:27  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: BUTLER MMRL/SCH*NT ADR/SCH | | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: |
| **PYOD LLC - ASSIGNEE** <br> C/O RESURGENT CAPITAL SVCS <br> PO BOX 19008 <br> GREENVILLE, SC 29602 | Trustee Claim Number:28  INT %: 0.00% <br> Court Claim Number:9 <br> CLAIM: 368.81 <br> COMMENT: PLAINS COMMERCE BANK*NO ACCT/SCH*STALE*DK | | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 7438 |
| **PRA/PORTFOLIO RECOVERY ASSOC** <br> POB 12914 <br> NORFOLK, VA 23541 | Trustee Claim Number:29  INT %: 0.00% <br> Court Claim Number:7 <br> CLAIM: 1,074.66 <br> COMMENT: AVD/OE*NO ACCT/SCH*HSBC BANK NV/UNION PRIVILEGE*JDGMT/CL | | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 7568 |
| **QUAD COUNTY ORAL SURGERY** <br> 114 E DIAMOND ST <br> BUTLER, PA 16001 | Trustee Claim Number:30  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: | | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 6968 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **TRI RIVERS SURGICAL ASSOC.**<br>9104 BABCOCK BOULEVARD<br>SUITE 6111<br>PITTSBURGH, PA 15237 | Trustee Claim Number: 31  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0301 |
| **WEBBANK-FINGERHUT**<br>6250 RIDGEWOOD RD<br>ST CLOUD, MN 56303 | Trustee Claim Number: 32  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **CBCS**<br>PO BOX 2724<br>COLUMBUS, OH 43216-2724 | Trustee Claim Number: 33  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **GC SERVICES**<br>6330 GULFTON STREET<br>POB 3026<br>HOUSTON, TX 77081 | Trustee Claim Number: 34  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **JP RECOVERY SVC**<br>POB 16749<br>ROCKY RIVER, OH 44116-0749 | Trustee Claim Number: 35  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **NATIONAL RECOVERY AGENCY GROUP\*\***<br>POB 67015<br>HARRISBURG, PA 17016-7015 | Trustee Claim Number: 36  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **PA DEPARTMENT OF REVENUE\***<br>BUR OF COMPL SECT-DEPT 280946<br>STRAWBERRY SQ<br>HARRISBURG, PA 17128 | Trustee Claim Number: 37  INT %: 0.00%<br>Court Claim Number: 2<br>CLAIM: 568.47<br>COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9296 |
| **BANK OF NEW YORK MELLON - TRUSTEE CWA**<br>C/O NEW REZ LLC D/B/A SHELLPOINT MTG SVC<br>PO BOX 10826<br>GREENVILLE, SC 29603 | Trustee Claim Number: 38  INT %: 0.00%<br>Court Claim Number: 10<br>CLAIM: 23,719.46<br>COMMENT: $CL-PL\*THRU 9/17\*FR BNY~MELLON/BAYVIEW-DOC 70 | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 9423 |
| **BANK OF NEW YORK MELLON - TRUSTEE CWA**<br>C/O NEW REZ LLC D/B/A SHELLPOINT MTG SVC<br>PO BOX 10826<br>GREENVILLE, SC 29603 | Trustee Claim Number: 39  INT %: 0.00%<br>Court Claim Number: 11-2<br>CLAIM: 0.00<br>COMMENT: DITECH~2ND/SCH\*TOTAL DEBT CLM~ARRS/CL=$0\*W/5\*FR BNY~MELLON/BAYVIEW | CRED DESC: MORTGAGE PAID IN FULL<br>ACCOUNT NO.: 9427 |
| **UPMC PHYSICIAN SERVICES**<br>C/O DCM SERVICES/BANKRUPTCY<br>PO BOX 1123<br>MINNEAPOLIS, MN 55440 | Trustee Claim Number: 40  INT %: 0.00%<br>Court Claim Number: 8<br>CLAIM: 380.00<br>COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2951 |

CLAIM RECORDS

| Creditor | Trustee Claim Info | Creditor Description |
|---|---|---|
| **UNITED STUDENT AID FUNDS INC (USAF)**<br>C/O GREAT LAKES HIGHER EDU GUAR CORP<br>PO BOX 809142<br><br>CHICAGO, IL  60680 | Trustee Claim Number:41  INT %:  0.00%<br>Court Claim Number:1-2<br><br>CLAIM:  0.00<br>COMMENT:  W/26*IMPROPER AMD CL REPL BY ORIGINAL | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  9296 |
| **CREDIT ACCEPTANCE CORP***<br>ATTN: BANKRUPTCY DEPT*<br>25505 W 12 MILE RD STE 3000*<br><br>SOUTHFIELD, MI  48034-8339 | Trustee Claim Number:42  INT %:  0.00%<br>Court Claim Number:12<br><br>CLAIM:  0.00<br>COMMENT:  PMT/CL-PL*449.15 X (47 REM+2)=LMT* BGN 11/18 | CRED DESC:  Post Petition Claim (1305)<br>ACCOUNT NO.:  1412 |
| **MCCABE WEISBERG & CONWAY PC**<br>1ST UNION BLDG<br>123 S BROAD ST STE 1400<br><br>PHILADELPHIA, PA  19109 | Trustee Claim Number:43  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  BNY-MELLON/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **KML LAW GROUP PC***<br>701 MARKET ST STE 5000<br><br>PHILADELPHIA, PA  19106 | Trustee Claim Number:44  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  BNY-MELLON/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |