IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE<br><br>Entry of Appearance of Christopher DeNardo, Esquire withdrawal of Kristen D. Little, Esquire in various cases Related to The Law Firm LOGS Legal Group LLP<br><br>.<br><br>. | MISCELLANEOUS NO.<br><br>22-222 CMB |

## ORDER

AND NOW, this __4th__ day of __August__, 2022, at the Western District Bankruptcy Court of Pennsylvania, upon the consideration of the Motion of Movants Christopher A. DeNardo, Esquire and Kristen D. Little, Esquire to substitute Attorney DeNardo's appearance for various creditors over that of Attorney Little, and withdraw Attorney Little's appearance in those same cases as her employment with the LOGS Legal Group has amicably ended, in various cases as listed in the attachment to the accompanying Motion, Exhibit "A", and for good cause shown, it is

ORDERED AND DECREED that the Motion is granted and that the appearance of Kristen D. Little is substituted by Christopher A. DeNardo as to all creditors represented by the LOGS Legal Group, LLP, in the list of cases attached to the Motion as Exhibit "A".

BY THE COURT:

_/s/ Carlota M. Böhm_ dmk
HONORABLE CARLOTA M. BOHM
UNITED STATES BANKRUPTCY JUDGE

FILED
8/4/22 11:54 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA