IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | Case No. 17-23687-CMB |
| Kevin P. Kowalczyk ) | Chapter 13 |
| Debra L. Kowalczyk ) | |
|     Debtor(s) ) | Doc #_____ |
| Ronda J. Winnecour, Chapter 13 Trustee ) | |
|     Movant(s) ) | |
|     vs. ) | |
| Kevin P. Kowalczyk ) | |
| Debra L. Kowalczyk ) | |
|     Respondent(s) ) | |

NOTICE OF HEARING ON MOTION OF TRUSTEE FOR DISMISSAL

[Not for publication by any newspaper creditor]

TO ALL PARTIES IN INTEREST:

Notice is hereby given pursuant to Bankruptcy Rule 1017 that the Trustee shall separately serve on the debtor(s) a Motion to Dismiss the Chapter 13 Case.

If no response is timely filed from any party of interest, the motion will be granted by default without a hearing. If a written response is timely filed, a **Zoom Video Conference** hearing on the Trustee's motion will be held on **November 8, 2022, at 10:00 a.m. before Judge Carlota Böhm.** Parties or counsel of record who intent to participate in the hearing shall appear by Zoom Video Conference and shall make arrangements as directed by Judge Böhm's Zoom Procedures at **http://www/pawb.uscourts.gov/sites/default/files/pdfs/cmb-proc-videohrg.pdf.** Any party wishing to be heard at the hearing on the Trustee's Motion to Dismiss should file a written response on or before **October 10, 2022.**

| | |
|---|---|
| 9/20/22 | /s/ Ronda J. Winnecour |
| Date | Ronda J. Winnecour (PA I.D.#30399) |
| | Attorney and the Chapter 13 Trustee |
| | U.S. Steel Tower – Suite 3250 |
| | 600 Grant Street |
| | Pittsburgh, PA  15219 |
| | cmecf@chapter13trusteewdpa.com |

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-23687-CMB |
| Kevin P Kowalczyk | Chapter 13 |
| Debra L Kowalczyk | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Sep 29, 2022 | Form ID: pdf900 | Total Noticed: 54 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 01, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Kevin P Kowalczyk, Debra L Kowalczyk, 285 Huston Rd., Ford City, PA 16226-4411 |
| cr | + | Bayview Loan Servicing, LLC, et al, 4425 Ponce De Leon Boulevard, 5th Floor, Coral Gables, FL 33146-1837 |
| 14696812 | ++ | ASCENDIUM EDUCATION SOLUTIONS INC, PO BOX 8961, MADISON WI 53708-8961 address filed with court:, Navient Solutions, LLC on behalf of USA Funds, Attn: Bankruptcy Litigation Unit E3149, PO Box 9430, Wilkes, Barre, PA 18773-9430 |
| 14707889 | + | Allegheny ENT Associates, 100 Delafield Road, Suite 207, Pittsburgh, PA 15215-3247 |
| 14707891 | | Armscare Inc., 1 Nolte Drive, Suite 430, Kittanning, PA 16201-7111 |
| 14692549 | | Armstrong County Memorial Hospital, 1 Nolte Drive, Kittanning, PA 16201-7111 |
| 14707893 | + | BHS Faster Care PLLC, PO Box 1549, Suite 550, Butler, PA 16003-1549 |
| 14707894 | | CBCS, PO Box 2724, Columbus, OH 43216-2724 |
| 14707901 | + | E.R. Doctors at Pointe Coupee, 2202 False River Drive, New Roads, LA 70760-2614 |
| 14707903 | | Emergency Medical Associates PC, PO Box 200702, Pittsburgh, PA 15250-0702 |
| 14692554 | + | Family Counseling Center of Armstrong Co, 300 South Jefferson Street, Kittanning, PA 16201-2416 |
| 14707906 | | GS Services Limited Partnership, 3300 Gulfton Street, Houston, TX 77081 |
| 14707905 | + | General Revenue Corporation, 11501 Northlake Drive, Cincinnati, OH 45249-1669 |
| 14707907 | + | Hose Company #6, c/o Collection Service Center, PO Box 1623, Butler, PA 16003-1623 |
| 14707911 | | JP Recovery Services Inc., 2022 Center Ridge, Suite 370, Rocky River, OH 44116-3501 |
| 14707912 | | JSO Assoc In Path and Lab, 5700 Southwyck Blvd, Toledo, OH 43614-1509 |
| 14707910 | | James Nemec, DMD, c/o Collecetion Service Center, PO Box 1623, Kittanning, PA 16201 |
| 14707913 | + | Keystone Rehabilitation Systems, 169 Columbia Avenue, Vandergrift, PA 15690-1101 |
| 14707914 | | Montgomery Lynch & Associates, Inc., PO Box 22720, Beachwood, OH 44122-0720 |
| 14692558 | | Navient & USA Funds, Attn: Bankruptcy Dept., PO Box 9430, Wilkes Barre, PA 18773-9430 |
| 14707917 | + | Penn Credit Corporation, 916 South 14th Street, Harrisburg, PA 17104-3425 |
| 14707918 | + | Plains Commerce, P.O. Box 88020, Sioux Falls, SD 57109-8020 |
| 14707920 | + | Portfolio Recovery Associates, c/o Scott Morris, Esquire, Blatt, Hasenmiller, Leibsker & Moore, 1835 MARKET STREET SUITE 501, Philadelphia, PA 19103-2933 |
| 14707921 | | Quad County Oral Surgery, 114 Eat Diamond Street, Butler, PA 16001 |
| 14707922 | + | Tri Rivers Surgical Associates, 142 Clearview Circle, Butler, PA 16001-1565 |

TOTAL: 25

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | Sep 29 2022 23:34:00 | GLHEC & Affiliates: GLHEGC, NELA, USAF, PO Box 8961, Madison, WI 53708 |
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Sep 29 2022 23:34:00 | Americredit Financial Services, Inc. A/C dba GM Fi, P O BOX 183853, Arlington, TX 76096-3853 |
| cr | | Email/Text: ECMCBKNotices@ecmc.org | Sep 29 2022 23:35:00 | ECMC, P.O. BOX 16408, ST. PAUL, MN 55116-0408 |

Case 17-23687-CMB   Doc 104   Filed 10/01/22   Entered 10/02/22 00:21:57   Desc
Imaged Certificate of Notice   Page 3 of 5

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Sep 29, 2022 | Form ID: pdf900 | Total Noticed: 54 |

| | | | | |
|---|---|---|---|---|
| cr | | + Email/PDF: resurgentbknotifications@resurgent.com | Sep 29 2022 23:46:21 | PYOD LLC, c/o Resurgent Capital Services, PO Box 19008, GREENVILLE, SC 29602-9008 |
| cr | | + Email/Text: ebnpeoples@grblaw.com | Sep 29 2022 23:34:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14741524 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Sep 29 2022 23:34:00 | AmeriCredit Financial Services, Inc., A/C dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 14707890 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Sep 29 2022 23:34:00 | Americredit Financial Services, dba GM Financial, PO Box 183853, Arlington, TX 76096 |
| 14804460 | | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | Sep 29 2022 23:34:00 | United Student Aid Funds, Inc (USAF), PO Box 8961, Madison WI 53708-8961 |
| 14939569 | | Email/Text: ebnnotifications@creditacceptance.com | Sep 29 2022 23:34:00 | Credit Acceptance Corporation, 25505 West Twelve Mile Road, Southfield, MI 48034 |
| 14692550 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 29 2022 23:46:25 | Capital One Bank, c/o Portfolio Recovery Associates, P.O. Box 12914, Norfolk, VA 23541-0914 |
| 14707895 | | Email/Text: documentfiling@lciinc.com | Sep 29 2022 23:34:00 | Comcast Cable, PO Box 3002, Southeastern, PA 19398-3002 |
| 14939568 | | Email/Text: ebnnotifications@creditacceptance.com | Sep 29 2022 23:34:00 | Credit Acceptance Corporation, PO Box 551888, Detroit, MI 48255-1888 |
| 14707896 | + | Email/Text: ccusa@ccuhome.com | Sep 29 2022 23:34:00 | Credit Collections USA, 256 Greenbag Road, Suite 1, P.O. Box 873, Morgantown, WV 26507-0873 |
| 14707897 | | Email/Text: mrdiscen@discover.com | Sep 29 2022 23:34:00 | Discover Financial, P.O. Box 15251, Wilmington, DE 19886 |
| 14707898 | + | Email/Text: Bankruptcy.Consumer@dish.com | Sep 29 2022 23:34:00 | DISH Network L.L.C., 9601 S Meridian Blvd., Englewood, CO 80112-5905 |
| 14692553 | | Email/Text: ECMCBKNotices@ecmc.org | Sep 29 2022 23:35:00 | ECMC, PO Box 16408, Saint Paul, MN 55116-0408 |
| 14918277 | | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | Sep 29 2022 23:34:00 | GLHEC & Aff: GLHEGC, NELA, USAF, PO Box 8961, Madison WI 53708-8961 |
| 14692555 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Sep 29 2022 23:34:00 | GM Financial & Americredit Financial Svc, PO Box 183853, Arlington, TX 76096-3853 |
| 14692556 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 29 2022 23:34:00 | Internal Revenue Service, 1000 Liberty Avenue, Room 705, Pittsburgh, PA 15222 |
| 14707919 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 29 2022 23:46:21 | Portfolio Recovery Associates, P.O. Box 12914, Norfolk, VA 23541 |
| 14766443 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 29 2022 23:46:25 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14771439 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 29 2022 23:46:15 | PYOD, LLC its successors and assigns as assignee, of Plains Commerce Bank, Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 14698935 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 29 2022 23:35:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 14719559 | + | Email/Text: ebnpeoples@grblaw.com | Sep 29 2022 23:34:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 North Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 15199591 | | Email/Text: mtgbk@shellpointmtg.com | Sep 29 2022 23:34:00 | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14773127 | + | Email/Text: nsm_bk_notices@mrcooper.com | Sep 29 2022 23:34:00 | The Bank of New York Mellon fka The Bank of |

| Recip ID | | Notice Info | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | New, 4425 Ponce de Leon Boulevard, 5th Floor, Attn: Cashiering Department, Coral Gables, FL 33146-1837 |
| 14773138 | + | Email/Text: nsm_bk_notices@mrcooper.com | Sep 29 2022 23:34:00 | The Bank of New York Mellon, et al, c/o Bayview Loan Servicing, LLC, 4425 Ponce de Leon Blvd., 5th Floor, Coral Gables, FL 33146-1837 |
| 14766597 | ^ | MEBN | Sep 29 2022 23:33:16 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14707923 | + | Email/Text: bankruptcy@webbank.com | Sep 29 2022 23:34:00 | WebBank, 215 State St Suite 1000, Salt Lake City, UT 84111-2336 |

TOTAL: 29

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO |
| cr | | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO |
| cr | | The Bank of New York Mellon FKA The Bank of New Yo |
| cr | * | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14707892 | * | Armstrong County Memorial Hospital, 1 Nolte Drive, Kittanning, PA 16201-7111 |
| 14692552 | * | Ditech Financial LLC, PO Box 9058, Temecula, CA 92589-9058 |
| 14707899 | * | Ditech Financial LLC, PO Box 9058, Temecula, CA 92589-9058 |
| 14707900 | * | Ditech Financial LLC, PO Box 9058, Temecula, CA 92589-9058 |
| 14707902 | * | ECMC, PO Box 16408, Saint Paul, MN 55116-0408 |
| 14707904 | *+ | Family Counseling Center of Armstrong Co, 300 South Jefferson Street, Kittanning, PA 16201-2416 |
| 14692557 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, 1000 Liberty Avenue, Room 705, Pittsburgh, PA 15222 |
| 14707908 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, 1000 Liberty Avenue, Room 705, Pittsburgh, PA 15222 |
| 14707909 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, 1000 Liberty Avenue, Room 705, Pittsburgh, PA 15222 |
| 14707916 | * | Navient & USA Funds, Attn: Bankruptcy Dept., PO Box 9430, Wilkes Barre, PA 18773-9430 |
| 15199592 | * | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14692551 | ## | Ditech Financial LLC, PO Box 9058, Temecula, CA 92589-9058 |
| 14707915 | ##+ | National Recovery Agency, 4201 Crums Mill Road, Harrisburg, PA 17112-2893 |

TOTAL: 3 Undeliverable, 12 Duplicate, 2 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 01, 2022    Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 29, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 4 of 4 |
| Date Rcvd: Sep 29, 2022 | Form ID: pdf900 | Total Noticed: 54 |

Alexandra Teresa Garcia
    on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE (CWABS 2006-BC3) ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com

Brian Nicholas
    on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE (CWABS 2006-BC3) bnicholas@kmllawgroup.com

Christopher A. DeNardo
    on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE (CWABS 2006-BC3) logsecf@logs.com

Kenneth Steidl
    on behalf of Joint Debtor Debra L Kowalczyk julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;jseech@steidl-steinberg.com

Kenneth Steidl
    on behalf of Debtor Kevin P Kowalczyk julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;jseech@steidl-steinberg.com

Kevin Scott Frankel
    on behalf of Creditor Bayview Loan Servicing LLC, et al pabk@logs.com, logsecf@logs.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

TOTAL: 9