**Form 408**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Kevin P Kowalczyk**
**Debra L Kowalczyk**
Debtor(s)

Bankruptcy Case No.: 17−23687−CMB

Chapter: 13
Docket No.: 111 − 110

## ORDER SETTING DATE CERTAIN
## FOR RESPONSE AND HEARING ON MOTION

**AND NOW,** this The 27th of December, 2022, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

**IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 2/9/23.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **2/23/23 at 02:30 PM at https://www.zoomgov.com/j/, Meeting ID: 161 4380 0191** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion. To join the Zoom Hearing, please initiate by using the following link 15 minutes prior to your scheduled hearing time: https://www.zoomgov.com/j/16143800191, or alternatively, attend by using the following Meeting ID: 161 4380 0191. ALL HEARING PARTICIPANTS ARE REQUIRED TO REVIEW AND COMPLY WITH THE ZOOM PROCEDURES, which can be found at: https://www.pawb.uscourts.gov/sites/default/files/pdfs/cmb−proc−videohrg.pdf.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Carlota M Bohm.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **2/9/23.**

Carlota M Bohm
United States Bankruptcy Judge

cm: **All Parties**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Kevin P Kowalczyk  
Debra L Kowalczyk  
    Debtors

Case No. 17-23687-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 4  
Date Rcvd: Dec 27, 2022     Form ID: 408v     Total Noticed: 54

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 29, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Kevin P Kowalczyk, Debra L Kowalczyk, 285 Huston Rd., Ford City, PA 16226-4411 |
| cr | + | Bayview Loan Servicing, LLC, et al, 4425 Ponce De Leon Boulevard, 5th Floor, Coral Gables, FL 33146-1837 |
| 14696812 | ++ | ASCENDIUM EDUCATION SOLUTIONS INC, PO BOX 8961, MADISON WI 53708-8961 address filed with court:, Navient Solutions, LLC on behalf of USA Funds, Attn: Bankruptcy Litigation Unit E3149, PO Box 9430, Wilkes, Barre, PA 18773-9430 |
| 14707889 | + | Allegheny ENT Associates, 100 Delafield Road, Suite 207, Pittsburgh, PA 15215-3247 |
| 14707891 | | Armscare Inc., 1 Nolte Drive, Suite 430, Kittanning, PA 16201-7111 |
| 14692549 | | Armstrong County Memorial Hospital, 1 Nolte Drive, Kittanning, PA 16201-7111 |
| 14707893 | + | BHS Faster Care PLLC, PO Box 1549, Suite 550, Butler, PA 16003-1549 |
| 14707894 | | CBCS, PO Box 2724, Columbus, OH 43216-2724 |
| 14707901 | + | E.R. Doctors at Pointe Coupee, 2202 False River Drive, New Roads, LA 70760-2614 |
| 14707903 | | Emergency Medical Associates PC, PO Box 200702, Pittsburgh, PA 15250-0702 |
| 14692554 | + | Family Counseling Center of Armstrong Co, 300 South Jefferson Street, Kittanning, PA 16201-2416 |
| 14707906 | | GS Services Limited Partnership, 3300 Gulfton Street, Houston, TX 77081 |
| 14707905 | + | General Revenue Corporation, 11501 Northlake Drive, Cincinnati, OH 45249-1669 |
| 14707907 | + | Hose Company #6, c/o Collection Service Center, PO Box 1623, Butler, PA 16003-1623 |
| 14707911 | | JP Recovery Services Inc., 2022 Center Ridge, Suite 370, Rocky River, OH 44116-3501 |
| 14707912 | | JSO Assoc In Path and Lab, 5700 Southwyck Blvd, Toledo, OH 43614-1509 |
| 14707910 | | James Nemec, DMD, c/o Collecetion Service Center, PO Box 1623, Kittanning, PA 16201 |
| 14707913 | + | Keystone Rehabilitation Systems, 169 Columbia Avenue, Vandergrift, PA 15690-1101 |
| 14707914 | | Montgomery Lynch & Associates, Inc., PO Box 22720, Beachwood, OH 44122-0720 |
| 14692558 | | Navient & USA Funds, Attn: Bankruptcy Dept., PO Box 9430, Wilkes Barre, PA 18773-9430 |
| 14707917 | + | Penn Credit Corporation, 916 South 14th Street, Harrisburg, PA 17104-3425 |
| 14707918 | + | Plains Commerce, P.O. Box 88020, Sioux Falls, SD 57109-8020 |
| 14707920 | + | Portfolio Recovery Associates, c/o Scott Morris, Esquire, Blatt, Hasenmiller, Leibsker & Moore, 1835 MARKET STREET SUITE 501, Philadelphia, PA 19103-2933 |
| 14707921 | | Quad County Oral Surgery, 114 Eat Diamond Street, Butler, PA 16001 |
| 14707922 | + | Tri Rivers Surgical Associates, 142 Clearview Circle, Butler, PA 16001-1565 |

TOTAL: 25

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | Dec 28 2022 02:29:00 | GLHEC & Affiliates: GLHEGC, NELA, USAF, PO Box 8961, Madison, WI 53708 |
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Dec 28 2022 02:29:00 | Americredit Financial Services, Inc. A/C dba GM Fi, P O BOX 183853, Arlington, TX 76096-3853 |
| cr | | Email/Text: ECMCBKNotices@ecmc.org | Dec 28 2022 02:29:00 | ECMC, P.O. BOX 16408, ST. PAUL, MN 55116-0408 |

Case 17-23687-CMB   Doc 112   Filed 12/29/22   Entered 12/30/22 00:27:15   Desc
Imaged Certificate of Notice   Page 3 of 5

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Dec 27, 2022 | Form ID: 408v | Total Noticed: 54 |

| | | | | |
|---|---|---|---|---|
| cr | + | Email/PDF: resurgentbknotifications@resurgent.com | Dec 28 2022 02:32:29 | PYOD LLC, c/o Resurgent Capital Services, PO Box 19008, GREENVILLE, SC 29602-9008 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Dec 28 2022 02:29:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14741524 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Dec 28 2022 02:29:00 | AmeriCredit Financial Services, Inc., A/C dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 14707890 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Dec 28 2022 02:29:00 | Americredit Financial Services, dba GM Financial, PO Box 183853, Arlington, TX 76096 |
| 14804460 | | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | Dec 28 2022 02:29:00 | United Student Aid Funds, Inc (USAF), PO Box 8961, Madison WI 53708-8961 |
| 14939569 | | Email/Text: ebnnotifications@creditacceptance.com | Dec 28 2022 02:29:00 | Credit Acceptance Corporation, 25505 West Twelve Mile Road, Southfield, MI 48034 |
| 14692550 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 28 2022 02:32:28 | Capital One Bank, c/o Portfolio Recovery Associates, P.O. Box 12914, Norfolk, VA 23541-0914 |
| 14707895 | | Email/Text: documentfiling@lciinc.com | Dec 28 2022 02:29:00 | Comcast Cable, PO Box 3002, Southeastern, PA 19398-3002 |
| 14939568 | | Email/Text: ebnnotifications@creditacceptance.com | Dec 28 2022 02:29:00 | Credit Acceptance Corporation, PO Box 551888, Detroit, MI 48255-1888 |
| 14707896 | + | Email/Text: ccusa@ccuhome.com | Dec 28 2022 02:29:00 | Credit Collections USA, 256 Greenbag Road, Suite 1, P.O. Box 873, Morgantown, WV 26507-0873 |
| 14707897 | | Email/Text: mrdiscen@discover.com | Dec 28 2022 02:29:00 | Discover Financial, P.O. Box 15251, Wilmington, DE 19886 |
| 14707898 | + | Email/Text: Bankruptcy.Consumer@dish.com | Dec 28 2022 02:29:00 | DISH Network L.L.C., 9601 S Meridian Blvd., Englewood, CO 80112-5905 |
| 14692553 | | Email/Text: ECMCBKNotices@ecmc.org | Dec 28 2022 02:29:00 | ECMC, PO Box 16408, Saint Paul, MN 55116-0408 |
| 14918277 | | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | Dec 28 2022 02:29:00 | GLHEC & Aff: GLHEGC, NELA, USAF, PO Box 8961, Madison WI 53708-8961 |
| 14692555 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Dec 28 2022 02:29:00 | GM Financial & Americredit Financial Svc, PO Box 183853, Arlington, TX 76096-3853 |
| 14692556 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 28 2022 02:29:00 | Internal Revenue Service, 1000 Liberty Avenue, Room 705, Pittsburgh, PA 15222 |
| 14707919 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 28 2022 02:32:28 | Portfolio Recovery Associates, P.O. Box 12914, Norfolk, VA 23541 |
| 14766443 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 28 2022 02:32:27 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14771439 | + | Email/PDF: resurgentbknotifications@resurgent.com | Dec 28 2022 02:32:30 | PYOD, LLC its successors and assigns as assignee, of Plains Commerce Bank, Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 14698935 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 28 2022 02:29:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 14719559 | + | Email/Text: ebnpeoples@grblaw.com | Dec 28 2022 02:29:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 North Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 15199591 | | Email/Text: mtgbk@shellpointmtg.com | Dec 28 2022 02:29:00 | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14773127 | + | Email/Text: nsm_bk_notices@mrcooper.com | Dec 28 2022 02:29:00 | The Bank of New York Mellon fka The Bank of |

| Recip ID | | | |
|---|---|---|---|
| 14773138 | + Email/Text: nsm_bk_notices@mrcooper.com | | New, 4425 Ponce de Leon Boulevard, 5th Floor, Attn: Cashiering Department, Coral Gables, FL 33146-1837 |
| | | Dec 28 2022 02:29:00 | The Bank of New York Mellon, et al, c/o Bayview Loan Servicing, LLC, 4425 Ponce de Leon Blvd., 5th Floor, Coral Gables, FL 33146-1837 |
| 14766597 | ^ MEBN | Dec 28 2022 02:28:36 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14707923 | + Email/Text: bankruptcy@webbank.com | Dec 28 2022 02:29:00 | WebBank, 215 State St Suite 1000, Salt Lake City, UT 84111-2336 |

TOTAL: 29

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO |
| cr | | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO |
| cr | | The Bank of New York Mellon FKA The Bank of New Yo |
| cr | * | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14707892 | * | Armstrong County Memorial Hospital, 1 Nolte Drive, Kittanning, PA 16201-7111 |
| 14692552 | * | Ditech Financial LLC, PO Box 9058, Temecula, CA 92589-9058 |
| 14707899 | * | Ditech Financial LLC, PO Box 9058, Temecula, CA 92589-9058 |
| 14707900 | * | Ditech Financial LLC, PO Box 9058, Temecula, CA 92589-9058 |
| 14707902 | * | ECMC, PO Box 16408, Saint Paul, MN 55116-0408 |
| 14707904 | *+ | Family Counseling Center of Armstrong Co, 300 South Jefferson Street, Kittanning, PA 16201-2416 |
| 14692557 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, 1000 Liberty Avenue, Room 705, Pittsburgh, PA 15222 |
| 14707908 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, 1000 Liberty Avenue, Room 705, Pittsburgh, PA 15222 |
| 14707909 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, 1000 Liberty Avenue, Room 705, Pittsburgh, PA 15222 |
| 14707916 | * | Navient & USA Funds, Attn: Bankruptcy Dept., PO Box 9430, Wilkes Barre, PA 18773-9430 |
| 15199592 | * | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14692551 | ## | Ditech Financial LLC, PO Box 9058, Temecula, CA 92589-9058 |
| 14707915 | ##+ | National Recovery Agency, 4201 Crums Mill Road, Harrisburg, PA 17112-2893 |

TOTAL: 3 Undeliverable, 12 Duplicate, 2 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 29, 2022    Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 27, 2022 at the address(es) listed below:

**Name**    **Email Address**

| District/off: 0315-2 | User: auto | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Dec 27, 2022 | Form ID: 408v | Total Noticed: 54 |

Alexandra Teresa Garcia
    on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE (CWABS 2006-BC3) ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com

Brian Nicholas
    on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE (CWABS 2006-BC3) bnicholas@kmllawgroup.com

Christopher A. DeNardo
    on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE (CWABS 2006-BC3) logsecf@logs.com

Kenneth Steidl
    on behalf of Joint Debtor Debra L Kowalczyk julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;jseech@steidl-steinberg.com

Kenneth Steidl
    on behalf of Debtor Kevin P Kowalczyk julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;jseech@steidl-steinberg.com

Kevin Scott Frankel
    on behalf of Creditor Bayview Loan Servicing LLC, et al pabk@logs.com, logsecf@logs.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

TOTAL: 9