**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>KEVIN P KOWALCZYK<br>DEBRA L KOWALCZYK<br>       Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>       Movant<br>    vs.<br>No Respondents. | Case No.:17-23687<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

December 22, 2022

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 09/14/2017 and confirmed on 1/19/18 . The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 160,371.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 160,371.00 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 4,390.00 | |
|    Trustee Fee | 7,301.20 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 11,691.20 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   BANK OF NEW YORK MELLON - TRUSTEE | 0.00 | 57,835.94 | 0.00 | 57,835.94 |
|     Acct: 9423 | | | | |
|   BANK OF NEW YORK MELLON - TRUSTEE | 23,719.46 | 23,719.46 | 0.00 | 23,719.46 |
|     Acct: 9423 | | | | |
|   AMERICREDIT FINANCIAL SVCS INC* | 11,101.45 | 11,101.45 | 1,665.56 | 12,767.01 |
|     Acct: 7369 | | | | |
|   BANK OF NEW YORK MELLON - TRUSTEE | 22,974.37 | 22,974.37 | 8,260.67 | 31,235.04 |
|     Acct: 9427 | | | | |
|   BANK OF NEW YORK MELLON - TRUSTEE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9427 | | | | |
| | | | | 125,557.45 |
| **Priority** | | | | |
|   KENNETH STEIDL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   KEVIN P KOWALCZYK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STEIDL & STEINBERG | 3,390.00 | 3,390.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   KENNETH STEIDL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STEIDL & STEINBERG | 1,000.00 | 1,000.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   INTERNAL REVENUE SERVICE* | 1,563.15 | 1,563.15 | 0.00 | 1,563.15 |
|     Acct: 9296 | | | | |
|   CREDIT ACCEPTANCE CORP* | 0.00 | 21,559.20 | 0.00 | 21,559.20 |
|     Acct: 1412 | | | | |
| | | | | 23,122.35 |
| **Unsecured** | | | | |
|   PEOPLES NATURAL GAS CO LLC* | 352.66 | 0.00 | 0.00 | 0.00 |
|     Acct: 8872 | | | | |
|   ALLEGHENY EAR, NOSE & THROAT | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 8701 | | | | |
|   ARMSCARE | 0.00 | 0.00 | 0.00 | 0.00 |

17-23687                                                                                                      Page 2 of 3

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|---|
| Unsecured | | | | | |
| | Acct: 1561 | | | | |
| | ARMSTRONG COUNTY MEMORIAL HOSPI | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | BHS FASTER CARE | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3020 | | | | |
| | COMCAST | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | CREDIT COLLECTIONS USA | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8101 | | | | |
| | DISCOVER BANK(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | DISH NETWORK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9980 | | | | |
| | ER DOCTORS AT POINTE COUPEE | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3763 | | | | |
| | ECMC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2951 | | | | |
| | EMERGENCY MEDICINE ASSOC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9E4M | | | | |
| | FAMILY COUNSELING CENTER OF ARMST | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | GENERAL REVENUE CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1339 | | | | |
| | HOSE CO NO. 6 AMBULANCE SVC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | INTERNAL REVENUE SERVICE* | 8,392.75 | 0.00 | 0.00 | 0.00 |
| | Acct: 9296 | | | | |
| | JAMES NEMEC DMD | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | JSO ASSOCIATION IN PATHOLOGY | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 7309 | | | | |
| | KEYSTONE REHABILITATION SYSTEM++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: BXKW | | | | |
| | MONTGOMERY LYNCH & ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2453 | | | | |
| | GLHEC & AFFILIATES: GLHEGC NELA USA | 4,279.42 | 0.00 | 0.00 | 0.00 |
| | Acct: 9296 | | | | |
| | PENN CREDIT CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | PYOD LLC - ASSIGNEE | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 7438 | | | | |
| | PRA/PORTFOLIO RECOVERY ASSOC | 1,074.66 | 0.00 | 0.00 | 0.00 |
| | Acct: 7568 | | | | |
| | QUAD COUNTY ORAL SURGERY | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 6968 | | | | |
| | TRI RIVERS SURGICAL ASSOC. | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0301 | | | | |
| | WEBBANK-FINGERHUT | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | PA DEPARTMENT OF REVENUE* | 568.47 | 0.00 | 0.00 | 0.00 |
| | Acct: 9296 | | | | |
| | UPMC PHYSICIAN SERVICES | 380.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2951 | | | | |
| | UNITED STUDENT AID FUNDS INC (USAF) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9296 | | | | |
| | LOGS LEGAL GROUP LLP | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | MCCABE WEISBERG & CONWAY LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |

17-23687 Page 3 of 3

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Unsecured | | | | | |
| | Acct: | | | | |
| | CBCS | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | GC SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | JP RECOVERY SVC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | NATIONAL RECOVERY AGENCY GROUP** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |

\*\*\*N O N E\*\*\*

| | | |
|---|---:|---:|
| TOTAL PAID TO CREDITORS | | 148,679.80 |
| TOTAL CLAIMED | | |
| PRIORITY | 1,563.15 | |
| SECURED | 57,795.28 | |
| UNSECURED | 15,047.96 | |

Date: 12/22/2022

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
KEVIN P KOWALCZYK
DEBRA L KOWALCZYK
    Debtor(s)

Ronda J. Winnecour
    Movant
  vs.
No Repondents.

Case No.:17-23687

Chapter 13

Document No.:

ORDER OF COURT

  AND NOW, this _____day of _____, 20\_\_\_\_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-23687-CMB |
| Kevin P Kowalczyk | Chapter 13 |
| Debra L Kowalczyk | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Dec 27, 2022 | Form ID: pdf900 | Total Noticed: 54 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 29, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Kevin P Kowalczyk, Debra L Kowalczyk, 285 Huston Rd., Ford City, PA 16226-4411 |
| cr | + | Bayview Loan Servicing, LLC, et al, 4425 Ponce De Leon Boulevard, 5th Floor, Coral Gables, FL 33146-1837 |
| 14696812 | ++ | ASCENDIUM EDUCATION SOLUTIONS INC, PO BOX 8961, MADISON WI 53708-8961 address filed with court:, Navient Solutions, LLC on behalf of USA Funds, Attn: Bankruptcy Litigation Unit E3149, PO Box 9430, Wilkes, Barre, PA 18773-9430 |
| 14707889 | + | Allegheny ENT Associates, 100 Delafield Road, Suite 207, Pittsburgh, PA 15215-3247 |
| 14707891 | | Armscare Inc., 1 Nolte Drive, Suite 430, Kittanning, PA 16201-7111 |
| 14692549 | | Armstrong County Memorial Hospital, 1 Nolte Drive, Kittanning, PA 16201-7111 |
| 14707893 | + | BHS Faster Care PLLC, PO Box 1549, Suite 550, Butler, PA 16003-1549 |
| 14707894 | | CBCS, PO Box 2724, Columbus, OH 43216-2724 |
| 14707901 | + | E.R. Doctors at Pointe Coupee, 2202 False River Drive, New Roads, LA 70760-2614 |
| 14707903 | | Emergency Medical Associates PC, PO Box 200702, Pittsburgh, PA 15250-0702 |
| 14692554 | + | Family Counseling Center of Armstrong Co, 300 South Jefferson Street, Kittanning, PA 16201-2416 |
| 14707906 | | GS Services Limited Partnership, 3300 Gulfton Street, Houston, TX 77081 |
| 14707905 | + | General Revenue Corporation, 11501 Northlake Drive, Cincinnati, OH 45249-1669 |
| 14707907 | + | Hose Company #6, c/o Collection Service Center, PO Box 1623, Butler, PA 16003-1623 |
| 14707911 | | JP Recovery Services Inc., 2022 Center Ridge, Suite 370, Rocky River, OH 44116-3501 |
| 14707912 | | JSO Assoc In Path and Lab, 5700 Southwyck Blvd, Toledo, OH 43614-1509 |
| 14707910 | | James Nemec, DMD, c/o Collecetion Service Center, PO Box 1623, Kittanning, PA 16201 |
| 14707913 | + | Keystone Rehabilitation Systems, 169 Columbia Avenue, Vandergrift, PA 15690-1101 |
| 14707914 | | Montgomery Lynch & Associates, Inc., PO Box 22720, Beachwood, OH 44122-0720 |
| 14692558 | | Navient & USA Funds, Attn: Bankruptcy Dept., PO Box 9430, Wilkes Barre, PA 18773-9430 |
| 14707917 | + | Penn Credit Corporation, 916 South 14th Street, Harrisburg, PA 17104-3425 |
| 14707918 | + | Plains Commerce, P.O. Box 88020, Sioux Falls, SD 57109-8020 |
| 14707920 | + | Portfolio Recovery Associates, c/o Scott Morris, Esquire, Blatt, Hasenmiller, Leibsker & Moore, 1835 MARKET STREET SUITE 501, Philadelphia, PA 19103-2933 |
| 14707921 | | Quad County Oral Surgery, 114 Eat Diamond Street, Butler, PA 16001 |
| 14707922 | + | Tri Rivers Surgical Associates, 142 Clearview Circle, Butler, PA 16001-1565 |

TOTAL: 25

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | Dec 28 2022 02:29:00 | GLHEC & Affiliates: GLHEGC, NELA, USAF, PO Box 8961, Madison, WI 53708 |
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Dec 28 2022 02:29:00 | Americredit Financial Services, Inc. A/C dba GM Fi, P O BOX 183853, Arlington, TX 76096-3853 |
| cr | | Email/Text: ECMCBKNotices@ecmc.org | Dec 28 2022 02:29:00 | ECMC, P.O. BOX 16408, ST. PAUL, MN 55116-0408 |

| ID | Method | Date/Time | Recipient |
|---|---|---|---|
| cr | + Email/PDF: resurgentbknotifications@resurgent.com | Dec 28 2022 02:32:20 | PYOD LLC, c/o Resurgent Capital Services, PO Box 19008, GREENVILLE, SC 29602-9008 |
| cr | + Email/Text: ebnpeoples@grblaw.com | Dec 28 2022 02:29:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14741524 | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Dec 28 2022 02:29:00 | AmeriCredit Financial Services, Inc., A/C dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 14707890 | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Dec 28 2022 02:29:00 | Americredit Financial Services, dba GM Financial, PO Box 183853, Arlington, TX 76096 |
| 14804460 | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | Dec 28 2022 02:29:00 | United Student Aid Funds, Inc (USAF), PO Box 8961, Madison WI 53708-8961 |
| 14939569 | Email/Text: ebnnotifications@creditacceptance.com | Dec 28 2022 02:29:00 | Credit Acceptance Corporation, 25505 West Twelve Mile Road, Southfield, MI 48034 |
| 14692550 | + Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 28 2022 02:32:28 | Capital One Bank, c/o Portfolio Recovery Associates, P.O. Box 12914, Norfolk, VA 23541-0914 |
| 14707895 | Email/Text: documentfiling@lciinc.com | Dec 28 2022 02:29:00 | Comcast Cable, PO Box 3002, Southeastern, PA 19398-3002 |
| 14939568 | Email/Text: ebnnotifications@creditacceptance.com | Dec 28 2022 02:29:00 | Credit Acceptance Corporation, PO Box 551888, Detroit, MI 48255-1888 |
| 14707896 | + Email/Text: ccusa@ccuhome.com | Dec 28 2022 02:29:00 | Credit Collections USA, 256 Greenbag Road, Suite 1, P.O. Box 873, Morgantown, WV 26507-0873 |
| 14707897 | Email/Text: mrdiscen@discover.com | Dec 28 2022 02:29:00 | Discover Financial, P.O. Box 15251, Wilmington, DE 19886 |
| 14707898 | + Email/Text: Bankruptcy.Consumer@dish.com | Dec 28 2022 02:29:00 | DISH Network L.L.C., 9601 S Meridian Blvd., Englewood, CO 80112-5905 |
| 14692553 | Email/Text: ECMCBKNotices@ecmc.org | Dec 28 2022 02:29:00 | ECMC, PO Box 16408, Saint Paul, MN 55116-0408 |
| 14918277 | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | Dec 28 2022 02:29:00 | GLHEC & Aff: GLHEGC, NELA, USAF, PO Box 8961, Madison WI 53708-8961 |
| 14692555 | + Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Dec 28 2022 02:29:00 | GM Financial & Americredit Financial Svc, PO Box 183853, Arlington, TX 76096-3853 |
| 14692556 | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 28 2022 02:29:00 | Internal Revenue Service, 1000 Liberty Avenue, Room 705, Pittsburgh, PA 15222 |
| 14707919 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 28 2022 02:32:38 | Portfolio Recovery Associates, P.O. Box 12914, Norfolk, VA 23541 |
| 14766443 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 28 2022 02:32:28 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14771439 | + Email/PDF: resurgentbknotifications@resurgent.com | Dec 28 2022 02:32:30 | PYOD, LLC its successors and assigns as assignee, of Plains Commerce Bank, Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 14698935 | + Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 28 2022 02:29:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 14719559 | + Email/Text: ebnpeoples@grblaw.com | Dec 28 2022 02:29:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 North Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 15199591 | Email/Text: mtgbk@shellpointmtg.com | Dec 28 2022 02:29:00 | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14773127 | + Email/Text: nsm_bk_notices@mrcooper.com | Dec 28 2022 02:29:00 | The Bank of New York Mellon fka The Bank of |

| Recip ID | | | |
|---|---|---|---|
| 14773138 | + Email/Text: nsm_bk_notices@mrcooper.com | | New, 4425 Ponce de Leon Boulevard, 5th Floor, Attn: Cashiering Department, Coral Gables, FL 33146-1837 |
| | | Dec 28 2022 02:29:00 | The Bank of New York Mellon, et al, c/o Bayview Loan Servicing, LLC, 4425 Ponce de Leon Blvd., 5th Floor, Coral Gables, FL 33146-1837 |
| 14766597 | ^ MEBN | Dec 28 2022 02:28:37 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14707923 | + Email/Text: bankruptcy@webbank.com | Dec 28 2022 02:29:00 | WebBank, 215 State St Suite 1000, Salt Lake City, UT 84111-2336 |

TOTAL: 29

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO |
| cr | | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO |
| cr | | The Bank of New York Mellon FKA The Bank of New Yo |
| cr | * | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14707892 | * | Armstrong County Memorial Hospital, 1 Nolte Drive, Kittanning, PA 16201-7111 |
| 14692552 | * | Ditech Financial LLC, PO Box 9058, Temecula, CA 92589-9058 |
| 14707899 | * | Ditech Financial LLC, PO Box 9058, Temecula, CA 92589-9058 |
| 14707900 | * | Ditech Financial LLC, PO Box 9058, Temecula, CA 92589-9058 |
| 14707902 | * | ECMC, PO Box 16408, Saint Paul, MN 55116-0408 |
| 14707904 | *+ | Family Counseling Center of Armstrong Co, 300 South Jefferson Street, Kittanning, PA 16201-2416 |
| 14692557 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, 1000 Liberty Avenue, Room 705, Pittsburgh, PA 15222 |
| 14707908 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, 1000 Liberty Avenue, Room 705, Pittsburgh, PA 15222 |
| 14707909 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, 1000 Liberty Avenue, Room 705, Pittsburgh, PA 15222 |
| 14707916 | * | Navient & USA Funds, Attn: Bankruptcy Dept., PO Box 9430, Wilkes Barre, PA 18773-9430 |
| 15199592 | * | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14692551 | ## | Ditech Financial LLC, PO Box 9058, Temecula, CA 92589-9058 |
| 14707915 | ##+ | National Recovery Agency, 4201 Crums Mill Road, Harrisburg, PA 17112-2893 |

TOTAL: 3 Undeliverable, 12 Duplicate, 2 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 29, 2022                Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 22, 2022 at the address(es) listed below:

**Name**              **Email Address**

District/off: 0315-2 | User: auto | Page 4 of 4
Date Rcvd: Dec 27, 2022 | Form ID: pdf900 | Total Noticed: 54

Alexandra Teresa Garcia
  on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE (CWABS 2006-BC3) ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com

Brian Nicholas
  on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE (CWABS 2006-BC3) bnicholas@kmllawgroup.com

Christopher A. DeNardo
  on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE (CWABS 2006-BC3) logsecf@logs.com

Kenneth Steidl
  on behalf of Joint Debtor Debra L Kowalczyk julie.steidl@steidl-steinberg.com
  ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;jseech@steidl-steinberg.com

Kenneth Steidl
  on behalf of Debtor Kevin P Kowalczyk julie.steidl@steidl-steinberg.com
  ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;jseech@steidl-steinberg.com

Kevin Scott Frankel
  on behalf of Creditor Bayview Loan Servicing LLC, et al pabk@logs.com, logsecf@logs.com

Office of the United States Trustee
  ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
  cmecf@chapter13trusteewdpa.com

S. James Wallace
  on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

TOTAL: 9