**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**
**PITTSBURGH DIVISION**

| | | |
|---|---|---|
| IN RE: | § § | |
| Kevin P. Kowalczyk and Debra L. Kowalczyk | § § § | CASE NO. 17-23687-cmb |
| | § | CHAPTER 13 |
| Debtor(s) | § § | |
| Ronda J. Winnecour | § § | |
| Movant | § § | |
| vs. | § § | |
| The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2006-BC3 | § § § § § § | |
| Respondent. | § | |

## RESPONSE TO INTERIM NOTICE OF CURE OF ARREARS

TO THE HONORABLE JUDGE Carlota M. Bohm:

COMES NOW, The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2006-BC3 (the "Creditor"), hereby files its Response to the Interim Notice of Cure of Arrears (the "Notice") filed on December 15, 2022 (Doc 109), and responds as follows:

## PRE-PETITION MORTGAGE ARREARAGE

1. The Creditor states that its pre-petition arrearage claim (Claim #10 filed 02/12/2018) has been satisfied by the trustee payments. The amount of $23,719.46 was paid by the Trustee.

    Respectfully submitted.

    */s/ Elizabeth K. Holdren*
    Attorney for Creditor

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this Response was served on the persons listed below, in the manner listed below on January 3, 2023.

    */s/ Elizabeth K. Holdren*

Via Pre-Paid U.S. Mail:
Kevin P. Kowalczyk
285 Huston Rd.
Ford City, PA 16226
***Debtor***

Debra L. Kowalczyk
285 Huston Rd.
Ford City, PA 16226
***Joint Debtor***

Via ECF:
Kenneth Steidl
Steidl & Steinberg
Suite 2830 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219
***Debtors' Attorney***

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
***Trustee***