**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**
**(PITTSBURGH)**

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| Kevin P Kowalczyk and Debra L Kowalczyk | CASE NO.: 17-23687-CMB |
| Debtor(s). | |

**NOTICE OF ENTRY OF APPEARANCE**
**AND DEMAND FOR NOTICES AND PAPERS**

PLEASE TAKE NOTICE that Shellpoint Mortgage Servicing as servicer for The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certficateholders of the CWABS Inc, Asset-Backed Certificates, Series 2006-BC3 ("The Bank of New York"), secured creditor to the above entitled Debtors by and through its undersigned counsel, hereby enters its appearance pursuant to Bankruptcy Rule 9010(b); and such counsel hereby requests, pursuant to Bankruptcy Rules 2002, 3007 and 9007 and Section 342 of the Bankruptcy Code, that copies of all notices and pleadings given of filed in the above-captioned case be given and served upon the undersigned at the following addresses and telephone/facsimile numbers:

> Elizabeth K. Holdren, Esquire
> Hill Wallack LLP
> 21 Roszel Road
> PO Box 5226
> Princeton, NJ 08543
> Telephone: 609-734-6345
> Facsimile: 609-452-1888
> Email: eholdren@hillwallack.com

PLEASE TAKE FURTHER NOTICE that neither this Notice of Entry of Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive The

Bank of New York's (i) right to have final orders in non-core matters entered only after de novo review by a higher court; (ii) right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which The Bank of New York is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: January 3, 2023                                Hill Wallack LLP

By: */s/ Elizabeth K. Holdren*
Elizabeth K. Holdren, Esq.
Hill Wallack LLP
21 Roszel Road
PO Box 5226
Princeton, NJ 08543
Telephone: 609-734-6345
Facsimile: 609-452-1888
Email: eholdren@hillwallack.com

Counsel to Shellpoint Mortgage Servicing as servicer for The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certficateholders of the CWABS Inc, Asset-Backed Certificates, Series 2006-BC3

# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA
### (PITTSBURGH)

| | |
|---|---|
| IN RE:<br><br>Kevin P Kowalczyk and Debra L Kowalczyk<br><br>Debtors | CHAPTER 13<br><br>CASE NO.: 17-23687-CMB |

## CERTIFICATE OF SERVICE

I hereby certify that service was made upon all interested parties, indicated below of (i) Notice Appearance of Shellpoint Mortgage Servicing as service for The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certficateholders of the CWABS Inc, Asset-Backed Certificates, Series 2006-BC3in the manner indicated below on January 3, 2023:

Kevin P Kowalczyk
285 Huston Rd.
Ford City, PA 16226

Debra L Kowalczyk
285 Huston Rd.
Ford City, PA 16226
**Debtors**
**Via Regular Mail**

Kenneth Steidl
Steidl & Steinberg
Suite 2830 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219
**Counsel for Debtor Via ECF**

Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222
**United States Trustee**
**Via ECF**

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
**Chapter 13 Trustee**
**Via ECF**

*By: /s/ Elizabeth K. Holdren*
Elizabeth K. Holdren, Esq.,
Attorney ID 78948
Hill Wallack, LLP
21 Roszel Road
PO Box 5226
Princeton, NJ 08543
Telephone: 609-734-6345
Email: eholdren@hillwallack.com