IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 17-23687 CMB |
|    Kevin Kowalczyk | : | |
|    Debra Kowalczyk | : | |
|       Debtor | : | |
| | : | Chapter 13 |
|    Kevin Kowalczyk | : | |
|    Debra Kowalczyk | : | |
|       Movant | : | |
| | : | |
|    v. | : | |
| | : | |
| No Respondents | : | |

## DEBTORS' CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtors have made all payments required by the Chapter 13 Plan.

2. The Debtors are not required to pay any Domestic Support Obligations.

3. The Debtors are entitled to a discharge under the terms of §1328 of the Bankruptcy Code. The Debtors have not received a prior discharge in a bankruptcy case within the time frames specified in §1328(f)(1) of the Bankruptcy Code. § 1328(h) of the Bankruptcy Code does not render the Debtor ineligible for a discharge.

4. On October 13, 2017, at docket numbers 22, 23, Debtors complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

This Certification is being signed under penalty of perjury by (*include whichever one of the two following statements applies):*Debtors carefully examined and understand each of the Bankruptcy Code sections referenced in this Certification.

| | |
|---|---|
| <u>January 6, 2023</u> | <u>/s/ Kevin Kowalczyk</u> |
| Date | Kevin Kowalczyk |
| | |
| <u>January 6, 2023</u> | <u>/s/ Debra Kowalczyk</u> |
| Date | Debra Kowalczyk |
| | |
| | Respectfully submitted, |
| <u>January 11, 2023</u> | <u>/s/ Kenneth Steidl</u> |
| DATE | Kenneth Steidl, Esquire |
| | Attorney for the Debtor |
| | STEIDL & STEINBERG |
| | 707 Grant Street |
| | Suite 2830, Gulf Tower |
| | Pittsburgh, PA 15219 |
| | (412) 391-8000 |
| | ken.steidl@steidl-steinberg.com |
| | PA I.D. No. 34965 |

**PAWB Local Form 24 (07/13)**