**Fill in this information to identify the case:**

Debtor 1: Kevin P. Kowalczyk

Debtor 2: Debra L. Kowalczyk
(Spouse, if filing)

United States Bankruptcy Court for the: Western  District of PA
(State)

Case number: 17-23687-CMB

---

Form 4100R  AMENDED

# Response to Notice of Final Cure Payment

10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

### Part 1: Mortgage Information

**Name of creditor:** The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of the CWABS Inc., Asset-Backed Certificates, Series 2006-BC3

**Court claim no.** (if known): 10

**Last 4 digits** of any number you use to identify the debtor's account: 9 4 2 3

**Property address:** 285 Huston Rd.
Ford City, PA 16226

### Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is: $ _____

### Part 3: Postpetition Mortgage Payment

*Check one:*

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: 12/01/2022 (MM/DD/YYYY)  Total Due from 12/1/22-2/1/23: $2,078.61

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due: (a) $ _____

b. Total fees, charges, expenses, escrow, and costs outstanding: (b) $ _____

c. **Total**. Add lines a and b. (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on: ___/___/_____ (MM/DD/YYYY)

| Debtor 1 | Kevin P. Kowalczyk | Case number (*if known*) | 17-23687-CMB |
|---|---|---|---|
| | First Name    Middle Name    Last Name | | |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✘ /s/ Elizabeth K. Holdren
Signature

Date 02/09/2023

Print: Elizabeth K. Holdren
First Name    Middle Name    Last Name

Title: Attorney for Creditor

Company: Hill Wallack LLP

**If different from the notice address listed on the proof of claim to which this response applies:**

Address: 21 Roszel Road
Number    Street

Princeton, NJ 08543
City    State    ZIP Code

Contact phone (609) 924-0808

Email: eholdren@hillwallack.com

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of this Response to Notice of Final Cure was served on the persons listed below, in the manner listed below on ___February 9, 2023_____.

                                            */s/ Elizabeth K. Holdren*_____

<u>Via Pre-Paid U.S. Mail</u>:
Kevin P. Kowalczyk
285 Huston Rd.
Ford City, PA 16226
***Debtor***

Debra L. Kowalczyk
285 Huston Rd.
Ford City, PA 16226
***Joint Debtor***

<u>Via ECF</u>:
Kenneth Steidl
Steidl & Steinberg
Suite 2830 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219
***Debtors' Attorney***

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
***Trustee***