**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**
**(PITTSBURGH)**

| | |
|---|---|
| IN RE:<br><br>**Kevin P. Kowalczyk**<br>**and Debra L. Kowaczyk**<br><br>Debtors | CHAPTER 13<br><br>CASE NO.: 17-23687-CMB<br><br>RELATED DOCUMENT: 118 |

### PRAECIPE TO WITHDRAW RESPONSE TO NOTICE OF FINAL CURE

A Response to Notice of Final Cure Payment [Doc 118] ("Original Response") having been filed in this action by The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of the CWABS, Inc. Asset-Backed Certificates, Series 2006-BC3 ("Movant"), by and through its counsel, Hill Wallack, LLP and Movant having filed an Amended Response to Notice of Final Cure Payment [Doc 121] ("Amended Response").

**PLEASE TAKE NOTICE** that the Movant hereby voluntarily withdraws its Original Response to Notice of Final Cure Payment [Doc 118] without prejudice.

HILL WALLACK, LLP

By: /s/ Elizabeth K. Holdren, Esquire
Elizabeth K. Holdren, Esq., Atty ID 78948
Hill Wallack LLP
21 Roszel Road
Princeton, NJ 08543
(609) 924-0808
eholdren@hillwallack.com

Dated: February 10, 2023

### UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA
### (PITTSBURGH)

| | |
|---|---|
| IN RE:<br><br>**Kevin P. Kowalczyk**<br>**and Debra L. Kowaczyk**<br><br>Debtors | CHAPTER 13<br><br>CASE NO.: 17-23687-CMB<br><br>RELATED DOCUMENT: 118 |

### **CERTIFICATE OF SERVICE**

I hereby certify that service was made upon all interested parties, indicated below of the Praecipe to Withdraw Response to Notice of Final Cure Payment [Doc 118] in the manner indicated below:

Via Pre-Paid U.S. Mail:
Kevin P. Kowalczyk
285 Huston Rd.
Ford City, PA 16226
***Debtor***

Debra L. Kowalczyk
285 Huston Rd.
Ford City, PA 16226
***Joint Debtor***

Via ECF:
Kenneth Steidl
Steidl & Steinberg
Suite 2830 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219
***Debtors' Attorney***

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
***Trustee***

|  |  |
|---|---|
| Dated: February 10, 2023 | By: /s/ Elizabeth K. Holdren, Esquire<br>Elizabeth K. Holdren, Esq., Atty ID 78948<br>Hill Wallack LLP<br>21 Roszel Road<br>Princeton, NJ 08543<br>(609) 924-0808<br>eholdren@hillwallack.com<br>Dated: February 10, 2023 |