| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Kevin P Kowalczyk<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–9296<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Debra L Kowalczyk<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–2951<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   WESTERN DISTRICT OF PENNSYLVANIA | | |
| Case number:   17-23687-CMB | | |

# Order of Discharge                                                                                                                                 12/18

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Kevin P Kowalczyk                                             Debra L Kowalczyk


   <u>2/13/23</u>                                                          **By the court:** <u>Carlota M Bohm</u>
                                                                                              United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                         Case No. 17-23687-CMB
Kevin P Kowalczyk                                                                                Chapter 13
Debra L Kowalczyk
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2　　　　　　　　　　　　User: auto　　　　　　　　　　　　　　　　　Page 1 of 4
Date Rcvd: Feb 13, 2023　　　　　　　　　Form ID: 3180W　　　　　　　　　　　　　Total Noticed: 55

The following symbols are used throughout this certificate:
**Symbol**　　**Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 15, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Kevin P Kowalczyk, Debra L Kowalczyk, 285 Huston Rd., Ford City, PA 16226-4411 |
| cr | + | Bayview Loan Servicing, LLC, et al, 4425 Ponce De Leon Boulevard, 5th Floor, Coral Gables, FL 33146-1837 |
| 14696812 | ++ | ASCENDIUM EDUCATION SOLUTIONS INC, PO BOX 8961, MADISON WI 53708-8961 address filed with court:, Navient Solutions, LLC on behalf of USA Funds, Attn: Bankruptcy Litigation Unit E3149, PO Box 9430, Wilkes, Barre, PA 18773-9430 |
| 14707889 | + | Allegheny ENT Associates, 100 Delafield Road, Suite 207, Pittsburgh, PA 15215-3247 |
| 14707891 |   | Armscare Inc., 1 Nolte Drive, Suite 430, Kittanning, PA 16201-7111 |
| 14692549 |   | Armstrong County Memorial Hospital, 1 Nolte Drive, Kittanning, PA 16201-7111 |
| 14707893 | + | BHS Faster Care PLLC, PO Box 1549, Suite 550, Butler, PA 16003-1549 |
| 14707894 |   | CBCS, PO Box 2724, Columbus, OH 43216-2724 |
| 14707901 | + | E.R. Doctors at Pointe Coupee, 2202 False River Drive, New Roads, LA 70760-2614 |
| 14707903 |   | Emergency Medical Associates PC, PO Box 200702, Pittsburgh, PA 15250-0702 |
| 14692554 | + | Family Counseling Center of Armstrong Co, 300 South Jefferson Street, Kittanning, PA 16201-2416 |
| 14707906 |   | GS Services Limited Partnership, 3300 Gulfton Street, Houston, TX 77081 |
| 14707905 | + | General Revenue Corporation, 11501 Northlake Drive, Cincinnati, OH 45249-1669 |
| 14707907 | + | Hose Company #6, c/o Collection Service Center, PO Box 1623, Butler, PA 16003-1623 |
| 14707911 |   | JP Recovery Services Inc., 2022 Center Ridge, Suite 370, Rocky River, OH 44116-3501 |
| 14707912 |   | JSO Assoc In Path and Lab, 5700 Southwyck Blvd, Toledo, OH 43614-1509 |
| 14707910 |   | James Nemec, DMD, c/o Colleection Service Center, PO Box 1623, Kittanning, PA 16201 |
| 14707913 | + | Keystone Rehabilitation Systems, 169 Columbia Avenue, Vandergrift, PA 15690-1101 |
| 14707914 |   | Montgomery Lynch & Associates, Inc., PO Box 22720, Beachwood, OH 44122-0720 |
| 14692558 |   | Navient & USA Funds, Attn: Bankruptcy Dept., PO Box 9430, Wilkes Barre, PA 18773-9430 |
| 14707917 | + | Penn Credit Corporation, 916 South 14th Street, Harrisburg, PA 17104-3425 |
| 14707918 | + | Plains Commerce, P.O. Box 88020, Sioux Falls, SD 57109-8020 |
| 14707920 | + | Portfolio Recovery Associates, c/o Scott Morris, Esquire, Blatt, Hasenmiller, Leibsker & Moore, 1835 MARKET STREET SUITE 501, Philadelphia, PA 19103-2933 |
| 14707921 |   | Quad County Oral Surgery, 114 Eat Diamond Street, Butler, PA 16001 |
| 14707922 | + | Tri Rivers Surgical Associates, 142 Clearview Circle, Butler, PA 16001-1565 |

TOTAL: 25

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | EDI: PENNDEPTREV | Feb 14 2023 04:39:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 13 2023 23:43:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |

Case 17-23687-CMB    Doc 126    Filed 02/15/23    Entered 02/16/23 00:23:42    Desc
Imaged Certificate of Notice    Page 4 of 6

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Feb 13, 2023 | Form ID: 3180W | Total Noticed: 55 |

| | | | | |
|---|---|---|---|---|
| cr | | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | Feb 13 2023 23:43:00 | GLHEC & Affiliates: GLHEGC, NELA, USAF, PO Box 8961, Madison, WI 53708 |
| cr | + | EDI: PHINAMERI.COM | Feb 14 2023 04:39:00 | Americredit Financial Services, Inc. A/C dba GM Fi, P O BOX 183853, Arlington, TX 76096-3853 |
| cr | | Email/Text: ECMCBKNotices@ecmc.org | Feb 13 2023 23:43:00 | ECMC, P.O. BOX 16408, ST. PAUL, MN 55116-0408 |
| cr | + | Email/PDF: resurgentbknotifications@resurgent.com | Feb 13 2023 23:43:46 | PYOD LLC, c/o Resurgent Capital Services, PO Box 19008, GREENVILLE, SC 29602-9008 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Feb 13 2023 23:43:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14741524 | | EDI: PHINAMERI.COM | Feb 14 2023 04:39:00 | AmeriCredit Financial Services, Inc., A/C dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 14707890 | | EDI: PHINAMERI.COM | Feb 14 2023 04:39:00 | Americredit Financial Services, dba GM Financial, PO Box 183853, Arlington, TX 76096 |
| 14804460 | | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | Feb 13 2023 23:43:00 | United Student Aid Funds, Inc (USAF), PO Box 8961, Madison WI 53708-8961 |
| 14939569 | | Email/Text: ebnnotifications@creditacceptance.com | Feb 13 2023 23:43:00 | Credit Acceptance Corporation, 25505 West Twelve Mile Road, Southfield, MI 48034 |
| 14692550 | + | EDI: PRA.COM | Feb 14 2023 04:39:00 | Capital One Bank, c/o Portfolio Recovery Associates, P.O. Box 12914, Norfolk, VA 23541-0914 |
| 14707895 | | EDI: COMCASTCBLCENT | Feb 14 2023 04:39:00 | Comcast Cable, PO Box 3002, Southeastern, PA 19398-3002 |
| 14939568 | | Email/Text: ebnnotifications@creditacceptance.com | Feb 13 2023 23:43:00 | Credit Acceptance Corporation, PO Box 551888, Detroit, MI 48255-1888 |
| 14707896 | + | EDI: CCUSA.COM | Feb 14 2023 04:39:00 | Credit Collections USA, 256 Greenbag Road, Suite 1, P.O. Box 873, Morgantown, WV 26507-0873 |
| 14707897 | | EDI: DISCOVER.COM | Feb 14 2023 04:39:00 | Discover Financial, P.O. Box 15251, Wilmington, DE 19886 |
| 14707898 | + | EDI: DISH | Feb 14 2023 04:39:00 | DISH Network L.L.C., 9601 S Meridian Blvd., Englewood, CO 80112-5905 |
| 14692553 | | Email/Text: ECMCBKNotices@ecmc.org | Feb 13 2023 23:43:00 | ECMC, PO Box 16408, Saint Paul, MN 55116-0408 |
| 14918277 | | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | Feb 13 2023 23:43:00 | GLHEC & Aff: GLHEGC, NELA, USAF, PO Box 8961, Madison WI 53708-8961 |
| 14692555 | + | EDI: PHINAMERI.COM | Feb 14 2023 04:39:00 | GM Financial & Americredit Financial Svc, PO Box 183853, Arlington, TX 76096-3853 |
| 14692556 | | EDI: IRS.COM | Feb 14 2023 04:39:00 | Internal Revenue Service, 1000 Liberty Avenue, Room 705, Pittsburgh, PA 15222 |
| 14707919 | | EDI: PRA.COM | Feb 14 2023 04:39:00 | Portfolio Recovery Associates, P.O. Box 12914, Norfolk, VA 23541 |
| 14766443 | | EDI: PRA.COM | Feb 14 2023 04:39:00 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14771439 | + | Email/PDF: resurgentbknotifications@resurgent.com | Feb 13 2023 23:44:14 | PYOD, LLC its successors and assigns as assignee, of Plains Commerce Bank, Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 14698935 | + | EDI: PENNDEPTREV | Feb 14 2023 04:39:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 14698935 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | | |

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Feb 13, 2023 | Form ID: 3180W | Total Noticed: 55 |

| Recip ID | Bypass Reason | Delivery | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Feb 13 2023 23:43:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 14719559 | + | Email/Text: ebnpeoples@grblaw.com | Feb 13 2023 23:43:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 North Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 15199591 | | Email/Text: mtgbk@shellpointmtg.com | Feb 13 2023 23:43:00 | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14773127 | + | Email/Text: nsm_bk_notices@mrcooper.com | Feb 13 2023 23:43:00 | The Bank of New York Mellon fka The Bank of New, 4425 Ponce de Leon Boulevard, 5th Floor, Attn: Cashiering Department, Coral Gables, FL 33146-1837 |
| 14773138 | + | Email/Text: nsm_bk_notices@mrcooper.com | Feb 13 2023 23:43:00 | The Bank of New York Mellon, et al, c/o Bayview Loan Servicing, LLC, 4425 Ponce de Leon Blvd., 5th Floor, Coral Gables, FL 33146-1837 |
| 14766597 | ^ | MEBN | Feb 13 2023 23:38:34 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14707923 | + | Email/Text: bankruptcy@webbank.com | Feb 13 2023 23:43:00 | WebBank, 215 State St Suite 1000, Salt Lake City, UT 84111-2336 |

TOTAL: 32

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO |
| cr | | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO |
| cr | | The Bank of New York Mellon FKA The Bank of New Yo |
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | * | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14707892 | * | Armstrong County Memorial Hospital, 1 Nolte Drive, Kittanning, PA 16201-7111 |
| 14692552 | * | Ditech Financial LLC, PO Box 9058, Temecula, CA 92589-9058 |
| 14707899 | * | Ditech Financial LLC, PO Box 9058, Temecula, CA 92589-9058 |
| 14707900 | * | Ditech Financial LLC, PO Box 9058, Temecula, CA 92589-9058 |
| 14707902 | * | ECMC, PO Box 16408, Saint Paul, MN 55116-0408 |
| 14707904 | *+ | Family Counseling Center of Armstrong Co, 300 South Jefferson Street, Kittanning, PA 16201-2416 |
| 14692557 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, 1000 Liberty Avenue, Room 705, Pittsburgh, PA 15222 |
| 14707908 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, 1000 Liberty Avenue, Room 705, Pittsburgh, PA 15222 |
| 14707909 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, 1000 Liberty Avenue, Room 705, Pittsburgh, PA 15222 |
| 14707916 | * | Navient & USA Funds, Attn: Bankruptcy Dept., PO Box 9430, Wilkes Barre, PA 18773-9430 |
| 15199592 | * | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14692551 | ## | Ditech Financial LLC, PO Box 9058, Temecula, CA 92589-9058 |
| 14707915 | ##+ | National Recovery Agency, 4201 Crums Mill Road, Harrisburg, PA 17112-2893 |

TOTAL: 3 Undeliverable, 13 Duplicate, 2 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains**

the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 15, 2023         Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 13, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alexandra Teresa Garcia | on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE (CWABS 2006-BC3) ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| Brian Nicholas | on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE (CWABS 2006-BC3) bnicholas@kmllawgroup.com |
| Christopher A. DeNardo | on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE (CWABS 2006-BC3) logsecf@logs.com |
| Elizabeth K. Holdren | on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS INC., ASSET-BACKED CERTIFICATES, SERIES 2006-BC3 c o Shellpoint Mortgage Servicing eholdren@hillwallack.com, eholdren@ecf.courtdrive.com;hwbknj@hillwallack.com |
| Kenneth Steidl | on behalf of Joint Debtor Debra L Kowalczyk julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;jseech@steidl-steinberg.com |
| Kenneth Steidl | on behalf of Debtor Kevin P Kowalczyk julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;jseech@steidl-steinberg.com |
| Kevin Scott Frankel | on behalf of Creditor Bayview Loan Servicing LLC, et al pabk@logs.com, logsecf@logs.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |

TOTAL: 10