**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
KEVIN P KOWALCZYK
DEBRA L KOWALCZYK
    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:17-23687

Chapter 13

Document No.: 110

**ENTERED BY DEFAULT**

ORDER OF COURT

AND NOW, this 13th day of February, 20 23, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

FILED
2/13/23 4:07 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:

*Carlota M. Böhm*
U.S. BANKRUPTCY JUDGE   **dmr**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-23687-CMB |
| Kevin P Kowalczyk | Chapter 13 |
| Debra L Kowalczyk | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Feb 13, 2023 | Form ID: pdf900 | Total Noticed: 54 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 15, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Kevin P Kowalczyk, Debra L Kowalczyk, 285 Huston Rd., Ford City, PA 16226-4411 |
| cr | + | Bayview Loan Servicing, LLC, et al, 4425 Ponce De Leon Boulevard, 5th Floor, Coral Gables, FL 33146-1837 |
| 14696812 | ++ | ASCENDIUM EDUCATION SOLUTIONS INC, PO BOX 8961, MADISON WI 53708-8961 address filed with court:, Navient Solutions, LLC on behalf of USA Funds, Attn: Bankruptcy Litigation Unit E3149, PO Box 9430, Wilkes, Barre, PA 18773-9430 |
| 14707889 | + | Allegheny ENT Associates, 100 Delafield Road, Suite 207, Pittsburgh, PA 15215-3247 |
| 14707891 | | Armscare Inc., 1 Nolte Drive, Suite 430, Kittanning, PA 16201-7111 |
| 14692549 | | Armstrong County Memorial Hospital, 1 Nolte Drive, Kittanning, PA 16201-7111 |
| 14707893 | + | BHS Faster Care PLLC, PO Box 1549, Suite 550, Butler, PA 16003-1549 |
| 14707894 | | CBCS, PO Box 2724, Columbus, OH 43216-2724 |
| 14707901 | + | E.R. Doctors at Pointe Coupee, 2202 False River Drive, New Roads, LA 70760-2614 |
| 14707903 | | Emergency Medical Associates PC, PO Box 200702, Pittsburgh, PA 15250-0702 |
| 14692554 | + | Family Counseling Center of Armstrong Co, 300 South Jefferson Street, Kittanning, PA 16201-2416 |
| 14707906 | | GS Services Limited Partnership, 3300 Gulfton Street, Houston, TX 77081 |
| 14707905 | + | General Revenue Corporation, 11501 Northlake Drive, Cincinnati, OH 45249-1669 |
| 14707907 | + | Hose Company #6, c/o Collection Service Center, PO Box 1623, Butler, PA 16003-1623 |
| 14707911 | | JP Recovery Services Inc., 2022 Center Ridge, Suite 370, Rocky River, OH 44116-3501 |
| 14707912 | | JSO Assoc In Path and Lab, 5700 Southwyck Blvd, Toledo, OH 43614-1509 |
| 14707910 | | James Nemec, DMD, c/o Collecetion Service Center, PO Box 1623, Kittanning, PA 16201 |
| 14707913 | + | Keystone Rehabilitation Systems, 169 Columbia Avenue, Vandergrift, PA 15690-1101 |
| 14707914 | | Montgomery Lynch & Associates, Inc., PO Box 22720, Beachwood, OH 44122-0720 |
| 14692558 | | Navient & USA Funds, Attn: Bankruptcy Dept., PO Box 9430, Wilkes Barre, PA 18773-9430 |
| 14707917 | + | Penn Credit Corporation, 916 South 14th Street, Harrisburg, PA 17104-3425 |
| 14707918 | + | Plains Commerce, P.O. Box 88020, Sioux Falls, SD 57109-8020 |
| 14707920 | + | Portfolio Recovery Associates, c/o Scott Morris, Esquire, Blatt, Hasenmiller, Leibsker & Moore, 1835 MARKET STREET SUITE 501, Philadelphia, PA 19103-2933 |
| 14707921 | | Quad County Oral Surgery, 114 Eat Diamond Street, Butler, PA 16001 |
| 14707922 | + | Tri Rivers Surgical Associates, 142 Clearview Circle, Butler, PA 16001-1565 |

TOTAL: 25

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | Feb 13 2023 23:43:00 | GLHEC & Affiliates: GLHEGC, NELA, USAF, PO Box 8961, Madison, WI 53708 |
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Feb 13 2023 23:43:00 | Americredit Financial Services, Inc. A/C dba GM Fi, P O BOX 183853, Arlington, TX 76096-3853 |
| cr | | Email/Text: ECMCBKNotices@ecmc.org | Feb 13 2023 23:43:00 | ECMC, P.O. BOX 16408, ST. PAUL, MN 55116-0408 |

Case 17-23687-CMB  Doc 127  Filed 02/15/23  Entered 02/16/23 00:23:42  Desc
Imaged Certificate of Notice   Page 3 of 5

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Feb 13, 2023 | Form ID: pdf900 | Total Noticed: 54 |

| | | | | |
|---|---|---|---|---|
| cr | | + Email/PDF: resurgentbknotifications@resurgent.com | Feb 13 2023 23:43:46 | PYOD LLC, c/o Resurgent Capital Services, PO Box 19008, GREENVILLE, SC 29602-9008 |
| cr | | + Email/Text: ebnpeoples@grblaw.com | Feb 13 2023 23:43:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14741524 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Feb 13 2023 23:43:00 | AmeriCredit Financial Services, Inc., A/C dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 14707890 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Feb 13 2023 23:43:00 | Americredit Financial Services, dba GM Financial, PO Box 183853, Arlington, TX 76096 |
| 14804460 | | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | Feb 13 2023 23:43:00 | United Student Aid Funds, Inc (USAF), PO Box 8961, Madison WI 53708-8961 |
| 14939569 | | Email/Text: ebnnotifications@creditacceptance.com | Feb 13 2023 23:43:00 | Credit Acceptance Corporation, 25505 West Twelve Mile Road, Southfield, MI 48034 |
| 14692550 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 13 2023 23:43:45 | Capital One Bank, c/o Portfolio Recovery Associates, P.O. Box 12914, Norfolk, VA 23541-0914 |
| 14707895 | | Email/Text: documentfiling@lciinc.com | Feb 13 2023 23:43:00 | Comcast Cable, PO Box 3002, Southeastern, PA 19398-3002 |
| 14939568 | | Email/Text: ebnnotifications@creditacceptance.com | Feb 13 2023 23:43:00 | Credit Acceptance Corporation, PO Box 551888, Detroit, MI 48255-1888 |
| 14707896 | + | Email/Text: ccusa@ccuhome.com | Feb 13 2023 23:43:00 | Credit Collections USA, 256 Greenbag Road, Suite 1, P.O. Box 873, Morgantown, WV 26507-0873 |
| 14707897 | | Email/Text: mrdiscen@discover.com | Feb 13 2023 23:43:00 | Discover Financial, P.O. Box 15251, Wilmington, DE 19886 |
| 14707898 | + | Email/Text: Bankruptcy.Consumer@dish.com | Feb 13 2023 23:43:00 | DISH Network L.L.C., 9601 S Meridian Blvd., Englewood, CO 80112-5905 |
| 14692553 | | Email/Text: ECMCBKNotices@ecmc.org | Feb 13 2023 23:43:00 | ECMC, PO Box 16408, Saint Paul, MN 55116-0408 |
| 14918277 | | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | Feb 13 2023 23:43:00 | GLHEC & Aff: GLHEGC, NELA, USAF, PO Box 8961, Madison WI 53708-8961 |
| 14692555 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Feb 13 2023 23:43:00 | GM Financial & Americredit Financial Svc, PO Box 183853, Arlington, TX 76096-3853 |
| 14692556 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 13 2023 23:43:00 | Internal Revenue Service, 1000 Liberty Avenue, Room 705, Pittsburgh, PA 15222 |
| 14707919 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 13 2023 23:43:46 | Portfolio Recovery Associates, P.O. Box 12914, Norfolk, VA 23541 |
| 14766443 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 13 2023 23:43:45 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14771439 | + | Email/PDF: resurgentbknotifications@resurgent.com | Feb 13 2023 23:43:45 | PYOD, LLC its successors and assigns as assignee, of Plains Commerce Bank, Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 14698935 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 13 2023 23:43:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 14719559 | + | Email/Text: ebnpeoples@grblaw.com | Feb 13 2023 23:43:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 North Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 15199591 | | Email/Text: mtgbk@shellpointmtg.com | Feb 13 2023 23:43:00 | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14773127 | + | Email/Text: nsm_bk_notices@mrcooper.com | Feb 13 2023 23:43:00 | The Bank of New York Mellon fka The Bank of |

| Recip ID | | | |
|---|---|---|---|
| | | | New, 4425 Ponce de Leon Boulevard, 5th Floor, Attn: Cashiering Department, Coral Gables, FL 33146-1837 |
| 14773138 | + | Email/Text: nsm_bk_notices@mrcooper.com | |
| | | Feb 13 2023 23:43:00 | The Bank of New York Mellon, et al, c/o Bayview Loan Servicing, LLC, 4425 Ponce de Leon Blvd., 5th Floor, Coral Gables, FL 33146-1837 |
| 14766597 | ^ | MEBN | |
| | | Feb 13 2023 23:38:35 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14707923 | + | Email/Text: bankruptcy@webbank.com | |
| | | Feb 13 2023 23:43:00 | WebBank, 215 State St Suite 1000, Salt Lake City, UT 84111-2336 |

TOTAL: 29

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO |
| cr | | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO |
| cr | | The Bank of New York Mellon FKA The Bank of New Yo |
| cr | * | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14707892 | * | Armstrong County Memorial Hospital, 1 Nolte Drive, Kittanning, PA 16201-7111 |
| 14692552 | * | Ditech Financial LLC, PO Box 9058, Temecula, CA 92589-9058 |
| 14707899 | * | Ditech Financial LLC, PO Box 9058, Temecula, CA 92589-9058 |
| 14707900 | * | Ditech Financial LLC, PO Box 9058, Temecula, CA 92589-9058 |
| 14707902 | * | ECMC, PO Box 16408, Saint Paul, MN 55116-0408 |
| 14707904 | *+ | Family Counseling Center of Armstrong Co, 300 South Jefferson Street, Kittanning, PA 16201-2416 |
| 14692557 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, 1000 Liberty Avenue, Room 705, Pittsburgh, PA 15222 |
| 14707908 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, 1000 Liberty Avenue, Room 705, Pittsburgh, PA 15222 |
| 14707909 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, 1000 Liberty Avenue, Room 705, Pittsburgh, PA 15222 |
| 14707916 | * | Navient & USA Funds, Attn: Bankruptcy Dept., PO Box 9430, Wilkes Barre, PA 18773-9430 |
| 15199592 | * | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14692551 | ## | Ditech Financial LLC, PO Box 9058, Temecula, CA 92589-9058 |
| 14707915 | ##+ | National Recovery Agency, 4201 Crums Mill Road, Harrisburg, PA 17112-2893 |

TOTAL: 3 Undeliverable, 12 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 15, 2023          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 13, 2023 at the address(es) listed below:

**Name**          **Email Address**

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 4 of 4 |
| Date Rcvd: Feb 13, 2023 | Form ID: pdf900 | Total Noticed: 54 |

Alexandra Teresa Garcia
  on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK  AS TRUSTEE (CWABS 2006-BC3) ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com

Brian Nicholas
  on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK  AS TRUSTEE (CWABS 2006-BC3) bnicholas@kmllawgroup.com

Christopher A. DeNardo
  on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK  AS TRUSTEE (CWABS 2006-BC3) logsecf@logs.com

Elizabeth K. Holdren
  on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK  AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS INC., ASSET-BACKED CERTIFICATES, SERIES 2006-BC3 c o Shellpoint Mortgage Servicing eholdren@hillwallack.com, eholdren@ecf.courtdrive.com;hwbknj@hillwallack.com

Kenneth Steidl
  on behalf of Joint Debtor Debra L Kowalczyk julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;jseech@steidl-steinberg.com

Kenneth Steidl
  on behalf of Debtor Kevin P Kowalczyk julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;jseech@steidl-steinberg.com

Kevin Scott Frankel
  on behalf of Creditor Bayview Loan Servicing  LLC, et al pabk@logs.com, logsecf@logs.com

Office of the United States Trustee
  ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
  cmecf@chapter13trusteewdpa.com

S. James Wallace
  on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

TOTAL: 10